11055

UNITED STATES DISTRICT COURT
D. C. Form No. 106A Rev.

Jury demand date: NJ

CONSOL. W/74-405 Reclosed 12-30-77 Reopened CLOSED CASE

SHREVEPORT

TITLE OF CASE

BERYL N. JONES and ERNEST EDWARD JONES, JR., minors by their father and next friend, Ernest Edward Jones;
ASRIEL McLAIN, a minor, by his father and next friend, C. C. McLAIN;
BRENDIA BRAGGS and RENEE SKANNAL, minors, by their mother and next friend, Mrs. Bernice Smith;
BRENDA LOUISE SAXTON and KENNETH SAXTON, minors, by their mother and next friend, Mrs. Dorothy Saxton

VS.

CADDO PARISH SCHOOL BOARD, a corporation;
DONALD WILLIAMSON, President; and C. L. PERRY, Superintendent
Defts. in 3-9-70 RuleToShowCause
JAMES H. WILSON, Mayor Of Vivian; HORACE T. KENDRICK, OWEN P. CLAWSON, LEO O. ROSE, CHARLES W. SPIKES & JAMES W. WILLIAMSON, Aldermen of Vivian

INTERVENOR
UNITED STATES OF AMERICA, by Nicholas deB. KATZENBACK, Attorney General.

SECOND INTERVENORS:
Mrs. Virginia Chandler, Roy Lee Pearson, Oscar O'Neil Williams; Mrs. Barbara W. Lloyd, Mrs. Ruby Griffin, Mrs. Betty Dial, Mr. Joe Dial, Mrs. Clara Mae Shaw, Charles Ronald Carraway, Carolyn P. Means, Frank W. Means, Mrs. Doris Dupree, Mrs Gary O. Dupree, Mrs. Bertha Anders, Mrs. Linda Nell Wynn, Mrs. Diane Alexander, Mrs. Marie Thomas, Mrs. Virginia Pearson, Mrs. Celesta Crain, Dorothy Marie Foster, Bobby Glenn Foster, Alice Virginia Dupree, James Jr., Dupree, Margie Fay Foster & Richard Wilson Foster and SID A. DEAN, MAJOR, Sterling L. Graves, Alderman, Clifford P. Childress, and C.S. Cartor, Sr. Alterman, of the Village of Ida, Louisiana.
3rd Intvr. 6-27-73
CADDO TEACHERS' ASSOCIATION

ATTORNEYS

For plaintiff: Jesse N. Stone, Jr.; ~~[illegible]~~ Ave., Shreveport, ~~La.~~ Sport, La. 71030; A. P. Tureaud, A. M. Trudeau, Jr.; Ernest N. Morial, 1821 Orleans Ave., New Orleans, La. 70116; ~~Norman C. Amaker, 10 Columbus Circle, New York, 19, N.Y.~~ 10019
~~[illegible] New York~~ ~~Margaret ... 501 ... Bldg.~~ Shreveport
Johnston, Johnston & Thornton, J. Bennett Johnston, Jr., 406 Lane Bldg., Shreveport, La. 71101
For All Defts. in 3-9-70 Rule.
Reuben Egan in proper person as friend of Ct, Wilson Building, Shreveport, Louisiana and John R. Pleasant, PO Box [illegible], Shreveport, Louisiana. 7-12-80

For defendant: S: William J. Guste, Atty.Gen. La. St. Cap. Bldg., [illegible], State Capitol Bldg., Baton Rouge, La.; and 70804
~~John A. Richardson~~, Dist. Attorney, 1st Jud. Dist., Caddo Parish Courthouse, Shreveport, La.; ~~A. Mills McCawley~~, 106 Henry G. Beck Bldg.
For 6-27-73 Amicus Curiae Chas. S. Cowan, Jr., PO Box 1588, Baton Rouge, La. 70821

INTERVENOR
~~F. L. Shaheen~~, Box 33, Shreveport, La. 71102
John Doar, Asst. Attorney General, Washington, D.C.;
D. Robert Owen, Attorney, Dept. of Justice, Washington, D.C. 20537
ROGERS & LORIDANS, Graham W. Rogers 1402 Airline Dr., Bossier City, La., for 2nd Intvrs.
For 3d Intv.: Johnston & Thornton, James J. Thornton, Jr., Sport, La. 71101

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed Made | Clk. Not App Intvr 9-30-69 | 5.00 | 5-4-65 | Jesse N. Stone | 15.00 | |
| 10-4-65 | Clerk, Not App P9-22-69 | 5.00 | 5-5-65 | CD#T-46 | | 15.00 |
| 11-29-68 | ~~Clerk, NotAppD9-25-69~~ | ~~5.00~~ | 2-1-68 | A. P. Tureaud | 5.00 | |
| J.S. 6 mailed | Clerk 5-4-65 | 15.00 | 2-7-68 | CD#T-32 | | 5.00 |
| Suit Under T.28, Sec. 1343(3) & T.42 Sec. 1983, USC for Inj. against | 5" Not App Intvr | 5.00 | 11-29-68 | NAACP | 5.00 | |
| Basis of Action: operation of a compulsory bi-racial school system & for Order requiring Defts. to present Plan for Desegregation of schools & all activities in connection therewith. | Not App P | 5.00 | 12-4-68 | CD#T-23 | | 5.00 |
| Action arose at: | USMSubpD6-15-65 | 8.42 | 7-16-69 | NAACP App | 5.00 | |
| | USMSubpP6-15-65 | 12.04 | 7-23-69 | CDT-24 | | 5.00 |
| | Marshal 525-65 | 66.44 | 9-22-69 | NAACP App. | 5.00 | |
| | USM(D)4-4-67 | 60.24 | 9-24-69 | CD#T-13 | | 5.00 |
| | Docket fee | | 9-25-69 | Booth, etc. | 5.00 | |
| | USM(D)4-17-67 | 19.84 | 10-1-69 | CD#T-14 | | 5.00 |
| | Clk. NotApp 2-1-68 | 5.00 | 7-25-73 | Johnston, etc. | 5.00 | |
| | Witness fees USM(P)12-20-67 | 6.00 | 8-1-73 | CD#T-6 | | 5.00 |
| | Depositions | | 8-3- | Pugh, etc. | 5.00 | |
| | Clk. NotApp (PI) 8-2-68 | 5.00 | 8-8 | CD#T-7 | | 5.00 |
| | Clk Not App (CTA) | 5.00 | | | | |
| | Not of Appeal (Fair) | 5.00 | | | | |

SEE CONTINUATION TITLE PAGE FOR FRUTHER PARTIES & FURTHER ATTORNEYS THEREFOR

CIVIL DOCKET

UNITED STATES DISTRICT COURT

TITLE PAGE - CONTINUATION PAGE

Civ. 11055-S

Jury demand date:

D. C. Form No. 106 Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| 6-29-73 Intvr. | For ~~plaintiff~~ 4th Intvr. |
| FAIR (Fairness to Anderson Island Residents); THE CONCERNED CITIZENS COMMITTEE OF SHREVE ISLAND & ~~AND~~ ANDERSON ISLAND; and THOSE Members of "FAIR" NAMED IN 6-29-73 Petition Attached 6-29-73 Motion for Leave to Intervene | Pugh & Nelson, Robert G.Pugh, 720 Coml. Natl.Bk.Bldg.,Shreveport, La. PH# 425-5493 |
| | For Intvrs. in 11-19-73 Mot.ToIntervene: Hilry Huckaby,III, ~~501 Petroleum Tower Bldg.~~ 2600 Jewella Ave.,Shreveport, La. ~~71101~~; and ~~Margret Ford, JackGreenBerg, JamesM.Nabrit,III, & Norman Chachkin, 10 Columbus Circle, New York, N.Y., 10019~~ |
| TROY E. BAIN, 1540 ~~Irving Place, Shreveport, La.~~ PH. (318) 221-0076 and JACK & HUDSMITH (Rebecca Hudsmith) 101 Milam St. Shreveport, La. 71101 (318)227-9637 for June Phillips | |
| E. Daniel Burt, Jr., 2nd Vice President Northwest Louisiana Chapter American Civil Liberties Union | For Pltfs. in Civ. No. 74-405 of this Court & SamePltfs.inSt.CourtSuitNo. 222,073, 1st Jud.Dist.Court,CaddoParish,La. Pugh & Nelson, Robert G.Pugh,Coml.Natl.Bk. Bldg.Shreveport, La. 71101 |
| Nathaniel Douglas Edicational Opportunities, Litigation SEction Washington, D. C. 20530 | ~~For defendant:~~ |
| | FOR PLAINTIFF BERYL N. JONES William J. Jefferson (Jefferson & Bryan) Suite 3828, one Shell Square New Orleans, LA 70139 (504)561-8933 |
| Charles D. Jones 141 ONB Building Suite 409 Monroe, La. 71201 for Rep. Jackson, Rev. Jones, Rev. Gant, Mr. Arids Johnson, Mrs. Coleman & Mrs. Davis | ~~BOOTH, LOCKARD, JACK, PLEASANT & LESAGE Fred H. Sutherland & John R. Pleasant, 1004 Mid South Towers, Post Office Box 1092 Shreveport, La. 71163~~ 71-8820 ~~for deft., Caddo Parish School Board~~ |
| ~~7-18-80 FOR CADDO PARISH SCHOOL BOARD BEARD, ARCENEAUX & SUTHERLAND Fred H. Sutherland 1103 Beck Building Shreveport, La. 71101 PH. #226-9001~~ | William Cady, Assistant Attorney General of the St. of LA 1525 Fairfield Ave. Rooms 531-536 Shreveport, La. 71130 |

| STATISTICAL RECORD | | COSTS | | RECEIPT NO. | | | DISB. |
|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Not.App.by 11-19-74 | Intvrs. Clerk 2-20-74 | 5.00 | 2-20-74 | H.Huckaby,III | 5.00 | |
| | | | | 2-27-74 | CD#T-36 | | 5.00 |
| | | | | 7-16-81 | TroyE.Bain | 70.00 | 70.00 |
| J.S. 6 mailed | | Marshal | | | Notice ofAppeal for June Phillips | | |
| | | | | 5/23/89 | $105.00 | Troy Bain | appeal fee |
| Basis of Action: | | Docket fee | | 10/1/89 | $105.00 | Bell | Case appeal fee |
| | | Witness fees | | | | | |
| Action arose at: | | Depositions | | | | | |

| DATE 1965 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 5-4-65 | Original complaint 1 filed. | |
| 5-5-65 | Original summonses (2) with copies for service, issued. | |
| 5-24-65 | Answer to plaintiffs' complaint filed on behalf of School Board and Supt. of Schools, with attached documents. | Q RT |
| 5-25-65 | Counsel of record notified by Clerk that Judge Dawkins has set case down for hearing at Shreveport, La. on June 14, 1965 at 9:30 AM on plaintiff's application for preliminary injunction. | |
| 5-25-65 | Return on summons (2), filed: C. L. PERRY served in person on 5-5-65 at the Caddo Parish Court House, Shreveport, Louisiana; and Caddo Parish School Board and Donald Williamson both served thru Donald Williamson, as President of the Caddo Parish School Board in person, 5-5-65 at Vivian, Louisiana. | |
| 6-14-65 | Case came on for hearing on motion for preliminary injunction, both sides announced ready, evidence, etc. adduced &U filed by Pltfs. & closed. The Court ordered that the suit of Asriel McLain represented by C.C. McLain, be dismissed for lack of jurisdiction. Evidence, etc. adduced by Defts. until 11:55 AM & closed. No rebuttal was offqred. It was stipulated by all parties that the evidence for a preliminary injunction would be the same, on application for permanent injunction /except defense counsel reserved the right to attack the decision in the Brown Case. The matter was submitted and a decree was signed and 1 filed enjoinint & restraining Defts. from continuing to operate a compulsory bi-racial school system in Caddo Parish, La. and ordering Defts. to submit plans for desegregation within 30 days and allowing Pltfs. 15 days to respond. The question of desegregation of teaching & administrative personnel was deferred. Copies of said decree (3) furnished to counsel for each side. (BCDJR) Acceptance of service and waiver of citation on decree noted thereon by counsel for defendants. | x |
| 7-7-65 | Defendants' Proposed "Plan for the Desegregation of the Public Schools of Caddo Parish, Shreveport, La." filed pursuant to Court's order of 6-14-65. | |
| 7-21-65 | Plaintiff's objection to defendant's plan for desegregation to the Caddo Parish Schools, filed. | |
| 7-21- | Hearing set for 9:30 A.M., AUGUST 3RD, 1965 on plaintiff's objections to defendants' plan for desegregation to the Caddo Parish Schools. Counsel of record notified. (bcdjr) | |
| ** 7-19-65 | Notice of Motion and Motion for Leave to intervene by United states of America as party plaintiff, certificate of the Attorney General, Objections by United States to Desegregation Plan submitted by Defendants, Memorandum of Law, certificate of service, filed. | |
| 7-23-65 | Notice mailed to all counsel of record that the Govt.'s motion to intervene will be heard together with other matters at 9:30 A.M., August 3rd, 1965, on instructions of Judge Dawkins. | |
| 8-3-65 | Case came on for hearing on motion by the U.S. of America for leave to intervene as a party plaintiff, verbal objection thereto was entered by defendants, argued, submitted and said motion for leave to intervene was denied. Hearing was entered on plaintiffs' objections to defendants' proposed plan for desegregation of Caddo XX Caddo Parish Schools. Evidence, etc. adduced by Defts. in support of their plan until 3 PM at which time Defts. rested subject to rebuttal Evidence, etc. adduced by Pltfs. in support of their objections to Defendants' plan until 3:05 PM at which time Plaintiffs closed. No XX rebuttal was offered. Whereupon the Court ordered that the evidence bex closed and announced that it was ready to rule on this matter; and at this time rendered and filed with the Clerk an Order on Plan for Desegregation requiring Deft. School Board to desegregate its entire school system within a period of four years beginning with 1st and 12th grades in the fall of 1965 and to be completed with the fall term of 1968. Said Order approves the detailed plan set forth therein and enjoins Defts. and all other persons, etc. from doing anything to interfere with the orderly administration of the Plan. Copies of said Order were delivered by the Clerk to counsel for each side and counsel for Defts. noted on said order his acceptance of service, waiver of citation & reservation of all rights. (BCDJR) | |

(SEE NEXT PAGE)

D. C. 110A

~~CLOSED CASE~~

kk 11055-S

#1

| DATE<br>1965 | FILINGS—PROCEEDINGS<br>SHREVEPORT | CLERK'S FEES<br>PLAINTIFF | <br>DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 8-18-65 | Motion by plaintiffs to vacate and to reconsider previous<br>order and decree of this Court dated August 3, 1965, notice<br>of hearing thereon & attached copy of Sppellate Court<br>order, filed. | | | |
| 8-19-65 | This case and 11,054 and 10,687----The Court<br>announced that due to the illness of his family<br>Mr. George T. Anderson, Attorney for Defts. in<br>no. 11,054 could not be present for this hearing,<br>but that the Court had advised Mr. Anderson of the<br>action that the Court was going to take this date and<br>that Mr. Anderson had stated that he would take the<br>steps necessary to have his clients comply with the<br>order to be hereinafter entered.<br>The Court then announced that, in view of the 5th<br>Circuit's ruling of 8-17-65 reversing and remanind<br>remanding case no. 10,687 to the District Court<br>it had been concluded that he had no alternative but<br>to order that grades nos. 2 and 11 be desegregated this<br>fall in all 3 cases and that the terminal date be<br>the fall term of 1967 instead of the fall term of 1968.<br>Defendants were directed to advertise in the Shreveport<br>Times tomorrow Satudday and Sunday that applications with<br>respect to grades 2 and 11 will be accepted on MONDAY,<br>TUESDAY & WEDNESDAY of next week until 5:00 P.M., on<br>~~actionxonxapplications~~ Wednesday. Defendant School<br>Boards were directed to notify applicants of action<br>on applications by August 27, 1965. With respect to<br>case no. 11,054 this Order will be deemed complied with<br>if Defendant School Board notified students who were<br>in the 1st and 10th grades last year of their right to<br>transfer under the provisions of the Court approved plan.<br>Formal decree in accordance with Order of this date will be<br>;filed later by the Court. (bcdjr) | | | |
| 8-20-65 | Amended order on Plan for desegregation in accordance with ruling<br>of 8-19-65, filed.(BCDJR) Copies thereof mailed to counsel of<br>record. | | | |
| 9-21-65 | Court Reporter's transcript (1 volume-130 Pages) of pro-<br>ceedings of 8-3-65, filed. | | | |
| 10-4-65 | Notice of appeal from 8-3-65 order denying US right to intervene<br>in this matter, filed by U.S.of America. Copy thereof<br>mailed by Clerk to Mr. John A. Richardson. | | | |
| 11-12-65 | Motion by US of America, Applicant for Intervention, and<br>order extending time in which record on appeal may be<br>docketed with the Court of Appeals ~~x~~ for 50 days from<br>11-14-65, filed.(BCDJR) Original thereof mailed to Clerk<br>of Court of Appeals. Notice of entry given. | | | |
| 11-23-65 | Designation of Contents of Record on Appeal filed on be-<br>half of Applicant for intervention, US of America. | | | |
| 12-27-65 | Record on Appeal consisting of entire record<br>~~de~~ and exhibits mailed to Clerk of the Court<br>of Appeals pursuant to Rule 23 of the Rules of that<br>Court and Rule 75(g) FRCP. | | | |

(SEE NEXT PAGE)

| DATE 1966 | FILINGS—PROCEEDINGS SHREVEPORT | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1-31-66 | Letter from US Dept. of Justice to Clerk requesting that Exhibit offered by Pltfs. on 8-3-65 containing statistical data on pupil enrollments by school in the Caddo Parish School XX System (See Trans. of Proc. 8-3-65, page 55), be certified as part of original District Court record & transmitted to the Court of Appeals when same is filed, filed. | | | |
| 1-31-66 | Copy of letter from US Dept. of Justice to counsel for Defts. advising that record on appeal should also included reporter's transcript of proceedings of 6-14-XX65, filed. | | | |
| 2-3-66 | Court Reporter's transcript of proceedings of June 14, 1965 (1 volume)(*93 pages) filed, and returned to Sidney Young, as he has been employed by US Attorney to make up printed copies of record on appeal. | | | |
| 2-8-66 | Letter to Clerk from US Attorney,with attached Exhibit P-6-Caddo Parish Attendance Report for Session 1964-65, requesting that said exhibit be forwarded to the Clerk of the Court of Appeals, filed. | | | |
| 2-18-66 | Letter feferred to in 2-8-66 with attached Exhibit P-6 mailed to Clerk of the Court of Appeals; and said Clerk advised that record on appeal had been supplemented by the filing of the Court Reporter's transcript of the proceedings of 6-14-65. | | | |
| 3-30-67 | Mandate (judgment) of Court of Appeals with attached copy of Appellate Court on Rehearing En Banc REVERSING Judgment of District Court and remanding Case to District Court for further proceedings in accordance with attached Appellate Court Opinions of 12-29-66 and 3-29-67, filed. (For opinions See Case No. 10687) | | | |
| 3-31-67 | Decree of Judge Dawkins in accordance with Mandate of Court of Appeals x permanently enjoining Defts. from discrimination in the manner set forth therein & directing that Defts. take affirmative action to disestablish all school segregation & to eliminate effect of dual school system commencing with 1967-68 school year, filed. Said order outlines specific provisions for Exercise of Choice; Prospective Students; Transfers; Services, Facilities, Activities, and Staff; and Reports to the Court and has incorporated therein an Explanatory Letter Form to be used by the School Board with enclosed Choce Form. Copies thereof mailed to Mr. Stone, Mr. Richardson & Mr. Shaheen. | | | |
| 4-3-67 | Writs of Injunction (19) and copies for service with copies of 3-31-67 judgment attached, issued. | | | |
| 4-4-67 | Returns (18) on writs issued 4-3-67 filed: Eighteen (18) services made 4-3-67. ✓ 4-4-67 | | | |
| 4-17-67 | Return on 4-3-67 writ filed: Guin served 4-7-67. | | | |
| X6-15-67 | Report No. One to District Court filed by Deft.School Board as required by Court's order of 3-31-67. | | | |
| 9-22-67 | Motion by Deft. School Board, with attached requests (77) for XXX transfer or change in Choice Forms, to grant approval of said requests; with notation thereon by Judge Dawkins,Jr. to the effect that action on said requests must be exercised by the school officials in good faith, filed. (BCDJR) | | | |
| 9-26-67 | Report No. Tow to District Court filed pursuant to Court's order of 3-31-67. (Rec'd. with said Report were Three Boxes 2 Red & One Green, Containing InformationRelated to Said Report) | | | |

#3

CLOSED CASE

D. C. 110A Rev. Civil Docket Continuation

| DATE 1967 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 10-30-67 | Letter from CA Clerk of Court of Appeals advising that Supreme Court of US has denied Certiorari, filed. RECORD ON APPEAL NOT RETURNED WITH THIS LETTER. (For letter see Case No. 10687). | |
| 12-14-67 | Motion by plaintiffs for further relief, notice of hearing thereon, certificate of service, and proposed order thereon, filed. Said document placed in order folder for consideration of Judge Dawkins, Jr. | M |
| 12-14-67 | Order of Court on plaintiffs' motion for further relief directing that defendants be served immediately with copies thereof & that Defts. file their answer, or opposition to said motion by Friday, December 29, 1967; and setting hearing on said motion at Shreveport, La. at 2 PM on January 5, 1968, at which time Defts. will be permitted to offer evidence in their behalf, filed.(BCDJR) Notice of entry given to Mr. Tureaud, Mr. Richardson & Mr. Shaheen by the Clerk by sending to them copies of this entry as well as ~~xxx~~ a certified copy of this order. | |
| 12-15-67 | Original summons, with copy for service, directed to Caddo Parish School Board through its ~~xx~~ Superintendent issued, in accordance with Judge Dawkins' instructions. | |
| 12-29-67 | Answer by Defts. to plaintiff's motion for further relief, and opposition thereto, filed. | |
| 12-20-67 | Return on 12-15-67 summons filed: Deft. School Board served 12-18-67. | |
| 1-5-68 | On motion of A.P.Tureaud, ordered that Wm.Bennett Turner be enrolled as associate counsel for plaintiffs. ~~Case came on for hearing on motion of Plaintiffs for further relief, evidence, etc. adduced by Defts, argued, submitted and action deferred on said motion until next September. It was ordered that Defts. file a report within 14 days with reference to Par. VI of decree entered on 3-31-67. Ordered that costs in this matter be assessed against Defts. (BCDJR)~~ On motion by counsel for intervenor, ordered that intervenor join in the pending motion by Pltfs. for further relief. Case came on for hearing on motions by Pltfs. & Intvr. for further relief, evidence adduced by Defts. & ordered that action on the motion be deferred. Ordered that costs in this matter be assessed against the Defts.(BCDJR) | |
| 2-1-68 | Plaintiffs' Notice of Appeal from Courts Action of 1-5-68 on their motion for further relief, with certificate of service, filed. Copy of said notice mailed by Clerk to John A. Richardson, Jr. | |
| 2-7-68 | Court Reporter's transcript of 1-5-68 proceedings (1 Volume 74 pages), filed. | |
| 3-7-68 | Plaintiffs' Bond for Costs on Appeal in lsum of $250.00 - Julius E. Hardy and Joseph Brown, Sureties, filed. | |
| 3-8-68 | Entire record and docket sheetmailed by Clerk to Clerk of Court of Appeals at his request. | |
| 3-29-68 | Certified copy of Appellate Court order denying plaintiff's motions in the Court for summary reversal & for an injunction pending appeal; but directing that Pltfs. be given opportunity ~~x~~ in trial Court to test degree of faculty desegregation to be in effect before beginning of a new school, year, filed. (Ca #10946) | |
| 4-24-68 | Motion by plaintiffs to supplement record so as to ascertain compliance with faculty integration requirements, notice thereof, and attached interrogatories propounded by plaintiffs to defendants, filed. | |
| 5-2-68 | Clerk instructed by Judge Dawkins, Jr. to make thefollowing minute entry in this case, this date: " Defendants are to appear and report to this Court on Wednesday May 22, 1968 at 10:30 AM at Shreveport, La. as to the progress made in desegregation of School faculties.(BCDJR)" Notice of entry given. | |
| 5-2-68 | Handwritten order of Judge Dawkins,Jr. noted on interrogatories attached to plaintiffs' motion to supplement record re faculty desegregation filed on 4-24-68, which requires defendants to answer said interrogatories on or before May 20,1968, filed. (BCDJR) Notices of entry given this date by Clerk by mailing copies of this entry to counsel of record. | |
| 5-8-68 | Certified copy of Motion by Pltfs. and order entered by Clerk of Court of Appeals dismissing plaintiffs' 2-21-68 Appeal under Rule 20 of that Court, filed.(See No. 10946) | |

 #4

11,055

| DATE 1968 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 5-20-68 | Answer by Defendants to plaintiffs' interrogatories filed pursuant to Court's order of 5-2-68 with attached exhibits, filed. | |
| 5-21-68 | Motion by PLAINTIFF in this case and 11,054 and 10,687 to enroll or associate FRANK E. WHITE, 10 Columbus Circle, New York, New York, as counsel for plaintiff, with Order thereon allowing Franklin E. White to be entered of record as associate counsel for plaintiff in said cases, signed and filed. (bcdjr) Notice of entry mailed. | |
| 5-22-68 | Record returned from Court of Appeals. | |
| 5-28-68 | Counsel of record & School Board Supts. notified by Clerk that Judge Dawkins, Jr. has set this case for hearing at Shreveport, La. on 7-25-68 at 9:30 AM in view of the Supreme Court's decision rendered on 5-27-68. | |
| 5-22-68 | Case came on for hearing on Order of Court for Defts. to appear & make a report as to progress made in desegregation of school faculties, the Supt. of the Schools was called as a witness By Defts., evidence adduced & closed. Defts. were ordered under penalty of contempt to have 2 teachers of the opposite race in each school bySept. 1968 & were directed to file an additional report of teacher assignment by 7-15-68. (BCDJR) | |
| 5-29-68 | Order in accordance with 5-22-68 ruling filed. | |
| 5-31-68 | Report No. One to Dist Court (1968-1969) on Choice Period filed by Caddo Parish School Board. | |
| 7-11-68 | Plaintiff-Intervenor's Interrogatories/ propounded to defendant's, filed. | |
| 7-15-68 | Motion by United States for supplemental relief, notice of said motion, brief in support thereof, filed. | M |
| 7-15-68 | Defendant's Supplementary Answers to Interrogatories with attachments, filed. ~~wxxkxb~~ | |
| 7-19-68 | Defendants' Answer to United States Interogatories, filed with exhibits attached thereto. | |
| ~~XXXX~~ 7-24-68 | Response of Defts. to Notice from Clerk of Court dated 5-28-68, re hearing set for trial on 7-25-68 & opposition to to motion by U.S. for supplemental relief, filed & deliverded to Judge Dawkins at request of Mr. Richardson. | |
| 7-25-68 | **It was ordered that Cases Nos. 10687, 11054, 11055, 11304, 11501, 12177, & 12589 be consolidated for the purpose of the hearing in view of the US Supreme Court's ruling on 5-27-68 re "freedom of choice" in Green County School Board. IT WAS ORDERED that the record be left open in all cases for 30 days to permit parties to file depositions and other competent evidence, after which the matters will be submitted & will be taken under advisement on briefs to be filed by all parties by October 28, 1968; and all parties are to submit proposed plans with briefs.** In No. 11055, oral testimony was adduced & documentary evidence was filed, plaintiff moved for an order for a new plan to be filed before school opens & it was ordered that the further relief matter be taken under advisement as ~~skm~~ heretofore provided. Defts. moved orally tobe reliefed of portions of the subpoena to produce and answering Interrogatory 1No. 7, both were granted & Pltfs. allowed one week to examine and copy Defendants records. (BCDJR) | |
| 8-2-68 | Notice of appeal from oral order of 7-25-68 and Designation of Contents of Record on Appeal filed by Pltf.-Intvar, US of America. Copies thereof mailed by Clerk on 8-5-68 to Mr. Tureaud, Mr. White, Mr. Gremillion & Mr. Richardson. | |
| 8-21-68 | See No. 10687. Appellate Court order denying injunction pending appeal & for summary reversal, but giving certain specific instructions to District Courts, filed. | |
| 8-28-68 | Court Reporter's transcript of proceedings of 7-25-68 (1 Vol. 83 pages) filed. | |
| 9-19-68 | Report by Deft. School Board as required by Sec. IX (2) of of Decree entered by this Court in obedience to US Court of Appeals for 1968-69 school year, filed. | |
| 10-1-68 | Certified copy of Order of Court of Appeals remanding case to District Court for further proceedings in accordance with that courts opinion of 8/26/68, filed. | |

11,055
#5
CLOSED CASE

D. C. 110A Rev. Civil Docket Continuation

| DATE 1968 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 10-8-68 | Order of Court outlining in detail subject matter to be covered at November 12, 1968, hearing entered by Judge Dawkins. Notice of entry given to counsel of record by mailing copy of letter quoting said order to them. | |
| 10-28-68 | Interrogatories propounded to defendants by US OF America, filed. | |
| 10-31-68 | Brief by US of America in support of motions for supplemental relief, filed. | |
| 11-4-68 | Brief by plaintiffs in re hearing set for 11-12-68, filed. | |
| 11-4-68 | Answer by Defts. to to interrogatories propounded by the Department of Justice, filed. | |
| 11-4-68 | Affidavits (8) in support of Freedom of Choice filed by Deft. School Board. | |
| 11-4-68 | Brief by Defts. in re hearing set for 11-12-68, filed. | |
| 11-8-68 | Deft. School Board's amended answers to US of America's interrogatories, filed. | |
| 11-12-68 | ALEXANDRIA MINUTES - A pretrial conference was held in Chambers in all of the Western District of Louisiana School Board cases. Said cases came on for hearing on questions of zoning of attendance Districts and reassigning faculties and staffs. In case 11,055 eight (8) affidavits filed in the record on November 4, 1968, and all testimony and filings for hearing on July 25, 1968, were offered in evidence on behalf of the Defendants. One witness was called on behalf of all defendants and ordered that evidence be closed subject to later filings heretofore provided for. Counsel for the Government submitted their cases on briefs heretofore filed, matter argued by counsel for private plaintiffs and defendants, submitted and taken under advisement. (BCDJR, EFHJR & RJP) | |
| 11X-14-68 | Per Curiam Decision by all 3 Judges of this District, holding among other things, that present desegregation plans are adequate to convert dual school system to a unitary system in which racial discrimination would be eliminated, that "Freedom of Choice" under Jefferson decree has real prospects for dismantling dual system, but directing Deft. School Board to render a Report 3-1-69 with reasonable specificity that Board's plan for further faculty integration to carry out commands of 5th Circuit in Jefferson & Bessemer, and retaining jurisdiction so that further findings, if they are required, can be made by the Court after receipt of the 3-1-69 reports, filed.(BCDJR)(EFHJR & RJP) For details see said decision. Copies of said decision mailed by Clerk to counsel of record shown on said decision. | |
| 11-22- | Court Reporter's transcript of proceedings of 11-12-68, filed. | |
| 11-29-68 | Plaintiffs' Notice of Appeal from 11-13-68 Decision filed. No copies thereof mailed by Clerk to opposing counsel, as none for that purpose were furnished, but Clerk noted that this has been done by Atty for Pltf. | |
| 12-4-68 | Bond for Costs on Appeal filed by Pltfs. (See No. 9981) | |
| 12-19-68 | See No. 9981. Notice of Appeal, filed. | |
| 12-19-68 | See No. 9981. Designation of record on appeal, filed. | |
| 12-19-68 | See No. 9981. Motion & Order extending time to docket appeal, filed. | |
| 1-6-69 | See No. 9981. Transcript filed. | |
| 1-20-69 | See No. 9981. | |
| 1-24-69 | See No. 9981. | |
| 2-24-69 | Report required to be filed by March 1, 1969, by Court's order of 11-14-68, filed byDeft. School Board. | |
| 3-14-69 | See No. 9981. | |
| 5-29-69 | Choice Form Report Due June 1, 1969, filed by Deft. School Board thru John A. Richardson, Dist.Atty. | |
| 6-2-69 | Mandate of Court of Appeals Reversing & Remanding District Court judgment of 11-14-68, with attached opinion of that Court, filed. | |
| 6-2-69 | Motion by Pltfs. for Court Order requiring Defts. to file with proposed plan ordered by 6-2-69 mandate documents described therein, filed. | M |

CIV 11055 #6

| DATE 1969 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 6-3-69 | Order of Judge Dawkins, Jr., written on the 6-3-69 motions by plaintiffs denying said motions for order that Defts. file documents described therein with their new plans for reasons set forth therein, but directing that Deft. School Boards make such information available, in their offices, for inspection etc. by counsel for plaintiffs, filed. (BCDJR) Notice of entry given by Clerk to counsel of record by mailing copies of said order to them, with a copy of this entry. | |
| 6-5-69 | En banc order of Court based on 5-28-69 Mandate of Court of Appeals requiring Defts., among other things, to develop and submit, in conjunction with Dept. of HEW new plan of desegregation in the manner set forth therein within 30 days from 6-5-69, filed. Copies thereof mailed by Clerk to counsel of record and Supts. of Deft. School Boards. | |
| 6-11-69 | Entire record returned from Court of Appeals. | |
| 7-5-69 | Desegregation Plan Proposed by Dept. of HEW filed in accord wity 6-5-69 order. | |
| 7-5-69 | Deft. Board's Plan filed in accord wity 6-5-69 order. | |
| 7-5-69 | EN BANC ORDER OF COURT directing Deft. Board & HEW to confer in depth to arrive at mutuall acceptable plan & extending for 16 days time to finalize such plan and/or make reports thereon, filed. Notice of entry given by mailing copies to counsel of record & to HEW. & Supts | |
| 7-8-69 | Supplement to Court's order of 7-5-69, filed. Notice of entry given by mailing copies to counsel of record, Supts. & HEW. | |
| 7-11-69 | Copy of Appellate Court order denying Motion by School Boards to recall& Stay mandate pending filing & disposition of Petition for Writ of Certiorari, filed. | |
| 7-16-69 | Plaintiff's Notice of appeal from order of July 8th, 1969, with certificate of service, filed. | |
| 7-21-69 | Report ordered by the Court on July 8th, 1969 by Caddo Parish School Board, with plan, filed. | |
| 7-21-69 | Response to desegregation plans filed by School Board and HEW, objecting to said plans, filed on behalf of plaintiffs. Copies of said response mailed to counsel of record. | |
| 7-22- | Plaintiff's bond for Cost of appeal, filed. SURETY: ~~XXXXX~~ JULIUS E. HARDY, assigns $250.00 lawful money of the U.S. to be paid until the said defts., and/or Clerk of ~~Ct~~ Court, filed. Notice mailed to District ~~Attorney~~ Attorney Caddo Parish and John. R. Pleasant. | |
| 7-23-69 | Motion by certain parties to intervene, certificate of service, Order allowing said Mrs. Virginia Chandler, Roy Lee Pearson, Oscar O'Neil Williams, Mrs. Barbara W. Lloyd, Mrs. Ruby Griffin, Mrs. Betty Dial, Mr. Joe Dial, Mrs. Clara Mae Shaw, Charles Ronald Carroway, Carolyn P.Means, Frank W.Means, Mrs. Doris Dupree, Mr. Gary O. Dupree, Bertha Anders, Mrs. Linda Nell Wynn, Mrs. Dianne Alexander, Mrs. Marie Thomas, Mrs. VirginiaPearson, Mrs. Celesta Crain, Dorothy Marie Foster, Bobby Glenn Foster, Alice Virginia Dupree, James Jr., Dupree, Margie Fay Foster, Richard Wilson Foster, Sid A. Dean, Sterling L. Graves, Clifford P.Childree, C.S.Sartor, Sr., and the Village of Ida to intervene as Plaintiffs signed and filed. (bcdjr) Petition of intervention, with attachments, filed. | |

(SEE NEXT PAGE)

#7 Civ. 11,055-

| DATE 1968 | SHREVEPORT FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 7-24-69 | Case came on for hearing. It was ordered that John R. Pleasant be enrolled as associate counsel for defendants. Case came on for ~~kx~~ final hearing on desegregation plans, oral testimony adduced and documentary evidence filed on behalf of The Caddo Parish School Board in objection to plan submitted by HEW and in support of it's own plan until 4:10 P. M., and closed. Oral testimony adduced and documentary evidence filed on behalf of Intervenor United States of America until 7:15 P.M., and closed. It was ordered that the evidence be closed. The Court recalled Donald Kennedy, Supt. for additional questions after which the Court rejected the plans presented by HEW and the School Board and directed certain changes in the plan presented by the School Board and ordered that a further hearing be had on same at 1:30 P. M., on August 1, 1969. Counsel for Defendant was directed to file suggested findings of fact and conclusions of law. Counsel for the Government filed a motion and proposed order ~~the~~ implementing the school desegregation plan filed by the United States Office of Education and same was denied. (BCDJR) | | | |
| 8-1-69 | Order of Judge Ben C.Dawkins,Jr. which incorporates therein by Reference and adopts plan heretofore filed by Defts. School Board with the exceptions of the amendments set forth in said order, filed. (BCDJR) For further details see said Order. Notice of entry given by mailing copies of this entry to Messrs. | | | |
| * | Tureaud, ~~XXXX~~ Pleasant, & Walter. Oral testimony was regarding an affidavit was adduced.(BCDJR) | | | |
| $ 8-6-69 | See No. 9981. Motion & Order to send original record to US Supreme Court. | | | |
| * 8-1-69 | Evidence, etc. adduced regarding an affidavit filed by Deft. School Board was adduced and a decree adopting Desegregation Plans, was signed & filed.(BCDJR) | | | |
| * $ 8-4-69 | Supplemental Order of Court modifying 8-1-69 order, filed. (BC DJR) | | | |
| 8-19-69 | Court Reporter's transcript (Hazel Autrey) of Proceedings of July 24, 1969, (~~XXXXXXX~~ (2 Volumes, Vol.1-179 pages, and Vol.2.-163 pages), filed. | | | |
| * 8-18-69 | Returns on writs (2) to serve Decree of Court, filed: 2 writs served 8-12-69. | | | |
| 9-22-69 | Plaintiffs' Notice of Appeal from Courts Orders of 8-1-69 and 8-4-69, filed. Copies thereof mailed by Clerk 9-22-69 to Messrs. Walter, Richardson, Pleasant, & Rogers. | | | |
| 9-25-69 | Notice of Appeal by Deft. School Board from Court's Judgments of 8-1-69 and 8-4-69 insofar as they modify plan submitted by said Defts., filed. Copies thereof mailed 9-25-69 by Clerk to Mr. Wm. Bennett Turner, US Atty Donald E. Walter, and Graham W.Rogers. | | | |
| 9-26-69 | Bond ~~x~~for Costs on Appeal in sum of $250.00-Donald L.Kennedy,Surety, filed by Deft.School Board. | | | |
| 9-29-69 | Bond for Costs on Appeal in sum of $250.00-A.C.Dubriel, Surety, filed by plaintiffs. | | | |
| 9-30-69 | Notice of Appeal from Judgments of 8-1-69 and 8-4-69 filed on behalf of US of America, Pltf.-Intvnr. Copies thereof mailed 9-30-69 by Klerk to Messrs. Tureaud,Turner,Pleasant,Richardson,&Rogers. | | | |

(LOVER

| DATE 1969 | FILINGS—PROCEEDINGS SHREVEPORT | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 10-6-69 | Plaintiffs' Designation of contents of record on appeal, filed. | | | |
| 10-~~15~~-17-69 | Deft.School Board's Cross-Designation of record on appeal filed. | | | |
| 10-22-69 | Defendant School Board's Report to Court concerning teacher and pupil integration by grades & by schools, with attached report and request for relief and other filings, filed. Copy thereof mailed by Clerk to Judge Hunter. Counsel for School Board mailed copy thereof to Mr. A.P.Tureaud. | | | |
| 11-10-69 | Record on appeal consisting of entire district court record beginning with ~~xxxxxxxx~~ documents filed May 29, 1969, to and including all documents filed since that date, pursuant to Rule 10 of the Rules of Appellate Procedure, mailed to the court of appeals. | | | |
| 1-8-70 | Mandate (Judgment) of Court of Appeals reversing and remanding ~~XXXX~~ District Court Judgments of 8-1-69 & 8-4-69 in accord with ~~a~~ that Court's Opinion, which in part directs Dist.Court to Order Deft. Board to submit desegregation plan for unitary system by 1-15-70& to order said Board to take such preliminary steps necessary to prepare for complete student Desegration by 2-1-70 in event Suprem Court so orders in Carter v. West.Feliciana No. 944 Oct.Term, filed. (Record on Appeal Not returned with said Mandate~~X~~, but an Envelope containing "Exhibits" being 2 documents entitled "Building Information 1968-69" & "Brief Descriptions of Bus Routes in Caddo Parish Schools".Was Retruend). | | | |
| 1-8-70 | Order of Judge Dawkins, Jr. in accord with Mandate & Judgment of Court of Appeals entered 1-6-70 & receiva ed 1-8-70 directing School Board to following rulings set forth & referred to therein and to comply with Parts I and II of Singleton opinion of that~~X~~ Court in the manner set forth in said order & in accord with the Court of Appeals Opinion filed. (BCDJR) Photo copies thereof mailed byClerk this date to all counsel of record, as shown on said order. | | | |
| 1-13-70 | Photo Copy of Plaintiff's Bill of Costs in total sum of $91.70 (Costs in Court of Appeals) with Notation thereon by Clerk of Court of Appeals, that same were taxed by him, filed. | | | |
| 1-15-70 | Caddo Parisch School Board Plan with attached filed pursuant to Court's order of 1-8-70, subject to further filings as result of decree of US Supreme Court rendserd 1-14-70. Said document delivered to Judge Dawkins for such ;consideration as he deems proper. | | | |
| 1-19-70 | Clerk instructed by Judg e Dawkins, Jr. to notify all counsel that the Court has set this case for hearing at Shreveport, La. on Monday, January 26, 1970 at 10:00 A.M. in connection with the recently 1filed desegregation plan(s) (BCDJR) Notice of 1entry given by Clerk on 1-19-70 by mailing copies of this entry to all counsel of record. | | | |
| 1-22-70 | Petition by Deft. School Board to Supplement its 1-15-70 Plan of Desegregation ~~XXX~~ (PupilPlan), with attached copy Resolution of Deft. School Board adopted 1-21-70, filed, & Placed in ~~XXXXX~~Order folder for attention of Judge Dawkins,Jr. | | | |
| 1-26-70 | Memorandum filed by Defendant School Board signed by Mr.Pleasant. | | | |

(See Next Page)

| DATE 1970 | SHREVEPORT FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1-26-70 | Case came on for hearing on Desegregation Plan, Oral testimony was adduced & documentary evidence filed on behalf of Defts. until 1:30 PM at which time the Court directed the School Board to reconsider and prepare amended plan and fixed hearing thereon for 2:00 P.M. Thursday, January 29, 1970. Desegregation plan filed on behalf of United States Dept. of Justice. (BC DJR) It was ordered that Defts. be permitted to retain the exhibits filed today until January 29, 1970. (BCDJR) | | | |
| 1-30-70 | Friend of the Court Petition for alteration of Caddo Parish School Board Plan filed January 15, 1970, affecting Fairfield and South Highland Elementary Schools, filed, by Reuben W. Egan. | | | |
| 1-30-70 | Hearing on Desegregation Plan resumed; Further oral evidence & documentary evidence adduced & filed & ordered that the plan as now modified be approved. Counsel were directed to prepare suggested Findings of Fact & Conclusions of Law and a Decree in accor d with the Court's ruling. Defts. were permitted to retain all of the exhibits necessary to show the new school zone lines in accordance with the Courts, filing. (BCDJR) | | | |
| 2-9-70 | Findings of Fact and Conclusions of Law with attachments; and Judgment in accord therewith and in accordance with Court's Ruling of 1-30-70; approving Deft. Board's Plan of Desegregation as Modified, filed. (BCDJR) Notice given by Clerk by mailing copies of said documents to Messrs. Pleasant, Richardson, & Turner; and by handing copies thereof to Mr. Stone, Mr. Walter & Mr. Christenberry. | | | |
| 3-9-70 | MOTION by Pltf.-Intvr., U.S. of America to add party-defendants & application for temporary restraining order, attached affidavits, & order of Judge Dawkins, Jr. thereon naming James H. Wilson, Mayor of Vivian, et al (5 others) as party defendants & directing said Defts. in Rule to show cause at Shreveport, La. on 3-19-70 at 10 AM why they should not be enjoined as set forth therein & directing them to file a response to said Motion and Application of the U.S. with 7 days from March 9, 1970, filed. (BCDJR) Notice of entry given by Clerk on 3-10-70 by mailing copies of this entry to Messrs. Stone, Pleasant & Walter. | | | |
| 3-10-70 | Writ to Serve, etc. with attached copies of 3-9-70 Application & Order, issued & deliverd to Marshal for service on Defts. in 3-9-70 rule. | | | |
| 3-11-70 | Petition by Deft. School Board to Amend Attendance Zones in Caddo Parish School Plan, with attachment; and Order of Judge Dawkins, Jr. thereon directing Pltfs. & Intvr. US of America to show cause at Shreveport, La. on 4-20-70 at 10 AM why the amendments set forth in said motion should not be approved, filed. (BCDJR) Notice of entry given by mailing copy of this entry to Mr. Pleasant, and by mailing copies of this entry & of said motion & order with attachments to Donald E. Walter & Jesse N. Stone. | | | |
| 3-12-70 | Answer by Town of Vivian, et al to Deft. School Board's 3-11-70 Application for Temporary Restraining Order, with attachment, filed. | | | |
| 3-18-70 | Clerk instructed by Judge Dawkins, Jr. to advise counsel involving in the 3-9-70 rule to show cause matter that the the 3-19-70 hearing will be at 8:30 AM instead of 10 AM, & that counsel should be ready with their witnesses. Required advise given by Clerk to Messrs. Walter, Pleasant & Johnson. | | | |

(Over)

| DATE 1970 | FILINGS—PROCEEDINGS SHREVEPORT | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 3-19-70 | Case came on for hearing on Rule ;to Show Cause why Mayor James H. Wilson, et al should not be permanently enjoined from failing to issue the necessary documents required for placement of temporary classrooms in the town of Vivian, La.; Answer to Counter-claim, and motion to dismiss and alternatively XX motion to strike X filed on behalf ofDeft. School Board; Hearing on the XXXXXXXXXXXXXXX Motion was referred to the merits. Evidence, etc. adduced & documentary evidence filed on behalf of the U.S. of Americ, Intvr., and closed. Evidence, etc. adduced by Mayor James H.Wilson, et al & closed. No rebuttal was offered. ORDERED that the motion by the Deft.School Board to strike the counter-claim from this proceeding be granted. IT WAS ORDERED x that Mayor James H.Wilson and Aldermen Kendrick, Clawson, Rose, Spikes & Williamson, their agents & employees be permanently enjoined from failing to issue the necessary documents required for the construction of temporary classrooms in the Town of Vivian, La..(BCDJR) | | | |
| 3-19-70 | Order of Court in accord with Court's ruling of 3-19-70, containing findings of fact and ENJOINING Vivian Mayor James H.Wilson & Aldermen named therein from failing or refusing to issue Deft. School Board all XX necessary documents require for placement of temporary classrooms within townof Vivian, La., filed.(BC DJR) | | | |
| 3-19-70 | Writs to serve, etc. (6) with copies of 3-19-70 injunctive order issued & delivered to Marshal for service on parties enjoined. | | | |
| 3-20-70 | Returns (5) on writs issued 3-10-70, filed: Defts. in Rule (all 5 of them) servied 3-10-70. | | | |
| 4-3-70 | Motion by Deft.School Board for Extension of Hearing on Application to amend judgment rendered 1-30-70; and order of Judge Dawkins,Jr. thereon that hearing previously set for 10 AM on 4-20-70, be continued until 10 AM on May 11, 1970; and granting Deft. Board right to file a supplemental application for further amendment of the judgment of 1-30-70, provided that same be filed on or before 4-27-70, filed.(BCDJR) Notice of entry given by Clerk 4-4-70 by mailing copies of this entry to Messrs. Stone, Pleasant & Walter. Copies of said motion and order were also sent to Messrs.Stone & Walter. | | | |
| 4-2-70 | Return on writ issued 3-19-70 filed: Horace T.Kendrick served 3-25-70. | | | |
| 4-16-70 | Motion by plaintiffs for further relief and for XXXXX Order commanding Deft. to fully & immediately implement the previous orders of this Court or show cause why they should not do so, filed; with attached XX proposed order in connection therewith. Said Document placed in order folder for attention of Judge Dawkins,Jr. | | | |
| 4X-20-70 | Order of Judge BenC. Dawkins,Jr. directing Defts. to file responsive pleadings to plaintiffs' 4-16-70 motion for further relief, etc. on or before XXXXXXXXXXXXXXXXXX 5-7-70; and fixing hearing on said motion for further relief, etc. at Shreveport, La. on May 11, 1970 at 10 A.M., filed.(BCDJR) Notice of entry given by Clerk 4-20-70 by mailing copies of this entry to Messrs. Mitchell, Walter, Pleasant, and Stone. | | | |
| 4-23-70 | Motion by Deft. SchoolBoard for an Order requiring plaintiffs to answer written interrogatories under oath within delay to be fixed by Court with said interrogatories attached, filed. Document placed in order folder for attention of Judge Dawkins, Jr. to proposed order thereon. | | | |
| 4-23-70X | Motion by Deft. School Board to supplement original application to amend judgment rendered 1-30-70 as set forth in said motion, with proposed order thereon, filed. (Said do cument placed in order folder for consideration of Judge Dawkins, Jr.) | | | |

(See Next Page)

Civ 11055-S

#11

| DATE 1970 | FILINGS—PROCEEDINGS SHREVEPORT | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 4-24-70 | MXXXXXXXXXXXXXXXXXXXXXXXXXX ORDER of Judge Ben C. Dawkins,Jr. requiring private plaintiffs, Beryl N.Jones, et al, to answer the XXXXX 4-23-70 interrogatories in writing & under oath, and file same in this Court on or before 5-4-70, filed.(BCDJR) Notice of entry given by mailing copies of this entry to Messrs. Stone, Turner, Pleasant, Walter, & Mitchell. | | | |
| 4-24-70 | Order of Court directing Pltfs. & Intvr., (U.S.of America) to show cause on 5-11-70 at 10 AM why proposed amendments to Caddo Parish School Plan as supplemented in the 4-23-70 motion should not be approved & directing Pltfs. Or Intvr. to file opposition to proposed amdnements as supplemented & in event of failure to file oppositions as specified said amendements shall be effective immediatly thereafter,(BCDJR) filed. Notice of entry given by Clerk 4-24-70 by mailing copies of this entry to Messrs. Stone, Turner, Pleasant, Walter & Mitchell. | | | |
| 5-1-70 | Response by US of America in opposition to defendant XXXX Board's original and supplemental applications to amend judgment, filed. | | | |
| 5-4-70 | An swer by plaintiffs to defendants' interrogatories, filed. | | | |
| 5-4-70 | Response by private plaintiffs in opposition to defendants' original XXX and supplemental application to amend judgment, filed. | | | |
| 5-7-70 | See 10687-S. (Substitution of Attys for Pltfs.) | | | |
| 5-7-70 | Response by private plaintiffs (Margrett Ford-Atty.inN.Y.)X in opposition to original application & supplémental application to amend judgment, filed. | | | |
| 5-11-70 | **Case came on for hearing on application of Deft.School Board to amend Judgment of 1-30-70; after a study of the matter by the Court and counsel, the applicatiaon was granted in part & overruled in part, a decree in accordance with the Court's ruling is to be prepared. Plaintiffs' motion for further relief was taken up, answer thereto was filed on behalf of Deft. School Board. Oral testimony adduced & hearing continued to beXXXXXXX Reset.(BCDJR)** | | | |
| * 5-13-70 | **Order of Judga Dawkins,Jrs. with attachement, in accord (Partially) with Court/s 5-11-70 ruling amending the attence zones for Youree Dr.Jr.Hi, Carver Elementary & University Elementary Schools as sét forth in said attachments; and rejecting all other demands for a change in the Court's 1-30-70 order, fxx filed.(BCDJR) Certified copies thereof mailed by Clerk to Messrs. Stone, Pleasant, Walter & X Mrs. Ford.** | | | |
| * 5-12-70 | **Court Reporter's transcript of 5-8-70 proceedings, filed. (1Vol.33Pages)** | | | |
| 8-18-70 | JOINT MOTION BY PLAINTIFFS AND DEFENDANTS, the plaintiff-intervenor not opposing the motion, it is ordered that the findings of fact and conclusions of law entered on February 9th, 1970, nunc pro tunc to January 30, 1970 be amended and modified to provide as follows: (SEE ORDER REGARDING JUNIOR HIGH SCHOOL AND SENIOR HIGH SCHOOL SXXXXXXX STUDENTS IN THE LAKEVIEW AREA) said order in effect stated that said students in the Lakeview Area may continue to attend the same shchools to which they were assigned for the 1969-1970 school year. These students residing in the above described area shall transfer to Linear Junior High School and to Green Oaks Senior High School Project 62, upon the completion and operation of Green Oaks Senior High School, signed and filed.(bcdjr) Clerk mailed certified copies of said motion and order to Messrs. Lynch and Christenbury this date, upon request of counsel for defendants. | | | |
| 9-18-70 | See No. 9981. "Objective Criteria Order" re dismissal or demotion, filed. | | | |
| 9-22-70 | Extension of time, i.e. 30 days from 9-18-70 re filing of Criteria, filed. See No. 9981. | | | |

(See other side)

#12

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 10-8-70 | (See No. 9981) Extension motion and order regarding Objective Criteria. | | | |
| 11-25-70 | Motion by U. S. of America for supplemental relief with attachment (Court of Appeals Order), notice of hearing on said motion, certificate of service; and Order of Judge Dawkins, Jr. thereon requiring deft. School Boards to file with the Clerk of this Court on the dates specified therein, the reports described therein, which reports shall be in lieu of any reports previously ordered by this Court, filed. (BCDJR) Notice of entry given by Clerk to Counsel for School Boards by mailing copies of this entry to Messrs. Louis H. Padgett, Jr., Jack Greenberg, A. P. Tureaud, J. Bennett Johnson, Jr., Thomas A. Self, George M. Strickler, Jr., Jesse N. Stone, Jr., John R. Pleasant and Edward S. Christenbury. | | | |
| 12-15-70 | Response by Deft. School Board XXX to Court's order of Nov. 25-70 (Response says 11-27-70) withattachments, filed. | | | |
| 2-4-71 | Response byDeft. SchoolBoard to Court's 9-18-70 "Criteria" order, filed. | | | |
| 3-11-71 | Joint motion by counsel for Pltf.,Deft. & Intvr. and ordaer of Court thereon amending 11-27-70 order so as to require Deft. Board to render annual report described therein on 10-15-71 and annually thereafter, fikled.(BCDJR) | | | |
| 4-29-71 | See No. 10687. Response by US to Objective Criteria, filed. | | | |
| 8-30-71 | Notice of change of address by Margrett Ford to 501 Petroleum Tower Bldg., Shreveport, La., filed. | | | |
| 11-8-71 | Defendant School Board's Report to the Court concerning the teacher and pupil integration by grades and by Schools, with numerous attachments, XXXX filed. | | | |
| 2-25-72 | Petition by plaintiffs for further relief consistent with the Court's prior orders, for preliminary and permanent injunction enjoining defendants from holding further elections under the present at-large apportionment plan, that upon final hearing this Court issue a dečlaratory judgment that the action of the defendants in maintaining the present districting plan the Caddo Parish School Board is violative of the rights of the plaintiffs' secured by the 15th & 14th amendments to the U.S. CONSTITUTION, etc. and ordering reapportionment of the Caddo Parish School Board consistent with the one man one vote rule, filed. | | | M |
| 2-29-72 | Original summonses (2) re document filed 2025-72, with copies for service, issued. | | | |
| 3-1-72 | Handwritten notation by Judge Dawkins concerning 2-25-72 document "Received this thie a.m. (3-1-72); called Mr. Arthur G. Thompson; advised him of earlier reapportionment suit filed by Marvin Bass; et al & suggested he move to consolidate that case with the portion of this petition (motion) praying for reapportionment; that it will be June or later before I could hear the other portion of the petition for further relief, due to my crowded calendar. /s/ BCDJR | | | |
| 3-6-72 | Plaintiff's amended motion for furhher relief directing xxxx defendants to file within two weeks a plan for the complete dismantling of the remaining vestiges of segregation in this school system, extending to all facets of school operation, including but not limited to the assignment of faculty members to each school on a basis substantially the same as the system-wide faculty racial composition, to be effective not later than the commencement of the 1972-73 school year in the manner specified therein, fxxxx.and to enter its order directing defendants to implement the faculty desegregation policies contained in "Exhibit "A" attached and also an order directing defendants to file reports with the Court on October 15 and March 15 of eachyea r serring out xx the information required in Exhibit "B", also attached, filed. | | | M |

D. C. 110A Rev. Civil Docket Continuation

#13

| DATE 1972 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Note |
|---|---|---|
| 3-7-72 | Motion by Arthur G. Thompson, one of the attorneys for plaintiffs in this case to consolidate this case with Civil Action No. 17,630 on the issue of reapportionment, filed. Notice of entry given. Notice of entry given. | |
| 3-9-72 | Return on original summonses (2) issued 2-29-72, filed. Mr. Percy Sharp, III; and Caddo Parish School Board both served on 3-6-72. | |
| 4-10-72 | See No. 17630 both entries this date. | |
| 4-20-72 | **On oral motion of Margrett Ford, ordered that William E.Rittenberg, of NewOrleans, La. be admitted to practice for purpose of hearing of these cases only (Civ. 11630&11055)this date. All parties having announced ready, the trial on the merits as to Case No. 17630 and on the "reapportionment phase" of the February 25, 1972 motion by plaintiffs in Case No. 11055, was duly entered. Brief filed by Deft. School Board in support of its plan. Brief filed by Intervenors on issue of deriving population estimates from voter registration data. Oral testimony & documentary evidence adduced & filed on behalf of Defts. in both cases until 12:20 P.M. at which time Defts. rested. Oral testimony & documentary evidence adduced on behalf of Intervenors until 3:20 PM; at which time the Court, on its own motion, ordered that this XXX TRIAL BE CONTINUED and held open, to allow the School Board to amend its plan of reapportionment using the U.S.Census Bureau "blcok data" information which has recently become available. TheCourt advised counsel that, because of the press of other business, aSpecial Master would be appointed by the Court to hear the XXX remainder of thisx case and to make such recommendations and reports as deemed proper to the Court. Counsel for each side were directed to furnish the Court with their respective suggestions as to the name of such Special Master. (BCDJR)** | |
| 5-2-72 | Answer by Caddo Parish School Board to Petition for further relief filed by Pltf., and answer to Pltf's. amended motion for further relief, filed. | F #4 |
| 5-8-72 | The Honorable Ben C. Dawkins, Jr. instructed the clerk to notify all counsel in this case that a conference will be held at 11:00 A. M., on Friday, May 12, 1972, in Shreveport, Louisiana, regarding appointment of a Master. (BCDJR) Notice of entry given. | |
| 5-9-72 | The Honorable Ben C. Dawkins, Jr. instructed the clerk to notify all counsel in this case that, in addition to the consultation concerning appointment of a Special Master, the Court has been advised that special legislation has been introduced in the current session of the Legislature to provide for a 20-man School Board; and that the Caddo Parish School Board will be prepared to present a plan of reapportionment based upon that. The hearing, therefore, also will encompass consideration of that plan, particularly the alleged hiatus which will occur if precincts are changed, as proposed in Plaintiffs'-Intervenors' plan, filed. (BCDJR) Notice of entry given. | |
| 5-12-72 | See No. 17630. Heqring had. (Re XXXReapportionment) | |
| 5-19-72 | See No. 17630. Supplemental answer with attachments re reapportionment filed. | |
| 5-23-72 | See No. 17630. Hearing set for 2 PM 5-26-72. | |
| 5-26-72 | See No. 17630. Hearing had. | |
| 6-2-72 | See No. 17630. Judgment, filed. | |
| 6-14-72 | See No. XXX 17630. Order fixing Attorneys fees for Pltf.-Intvr., filed. | |
| 6-16-72 | See No. 17630. Motion for rehearing filed, by Deft. School Board. | |
| 6-19-72 | See No. 17630. | |
| 6-19-72 | See No. 17630. | |
| 8-28-72 | See No. 17630. | |
| 8-29-72 | See No. 17630. | |
| 8-24-72 | Minutes of Court. See No. 17630. | |
| 10-2-72 | Marshal's return on Order of Court of 9-11-72, filed. Truman L. Sanders served on 9-11-72. | |

(over)

NSS

#14

| DATE 1973 | SHREVEPORT PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2-27-73 | Clerk this date instructed by Judge Ben C. Dawkins, Jr. to make the following minute entry in this case: "For reasons of health and upon orders of his physician Judge Dawkins hereby recuses himself in this case, and Judge Scott has volunteered to handle it henceforth. Accordingly, the case is assigned to him for further handling." (BCDJR) Notice of entry given by Clerk 2-27-73 by mailing copies of this entryX to Judge Scott, and to Messrs. Stone, Ford, Pleasant, XWalter, & Leonard. | |
| 3-5-73 | Clerk on this date instructed by Judge Dawkins' SXX Secretary to file as of 2-23-73 the Deft. School Board's "Motion to Amend Attendance Zones in Caddo X Parish XSchool Plan"; and to forward same with its attached proposed "show cause" order to Judge Scott for his consideration, in view of the fact that this case has now beeen assigned to him. | |
| 3-12-73 | Motion by Margrett Ford and order permitting mover to withdraw entire record in this matter & permitting her to keep said record until 3-16-73, filed.(BCDJR) Record (2 Large Brown Boxes) del'd. to Miss Ford & receipt therefor XXXXobtained. | |
| 3-20-73 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXX Response (6 page document) by US of America to plaintiffs' petition and amended peition for further relief; Certififate of Service; and Order of Judge Nauman S. Scott thereon, which among other things, directs that bi-racial committee named therein be constituted & that said committee meet for the first time at 4 PM on 3-23-73 in Federal Courtroom 424 Texas St., Shreveport, La. to begin development of Desegregation Plan & which outlines duties of said committee & of the Board of Education in connection therrwith, filed.(NSS) Said order directs the parties to this case to file responses to the plan proposed by the Committee within 15 days following their receipt of the plan. Notice of entry given by Clerk by mailing copies of this entry to Miss Ford, & to Messrs. Stone, & Walter. + Pleasant. | ✓O |
| 3-20-73 | Certified copies of Govt's. Response &Judge Scott's Order, with attached USM 285 Forms addressed to each member of the Eleven (11) person BiRacial Committee, delivered to Marshal for service on said committee members. | |
| 3-22-73 | Return on orders (9) issued 3-20-73, filed. Six executed 3-21-73. Three executed 3-20-73. See returns for complete details. | |
| 3-28-73 | Return on orders (2) issued 3-20-73, filed. W.C. Rasberry served 3-21-73. John M. Madison served 3-20-73. | |
| 4-2-73 | Court Reporter's transcript of 3-27-73 proceedings at meeting of Bi-Racial Committee at Shreveport, La.(1 Vol.32 pages), filed. | |
| 4-12-73 | Transcript of the 4-9-73 proceedings at meeting of Bi-Racial Committee at Shreveport, La., filed. (1 Vol. 27 Pages). | |
| 5-10-73 | **Transcript of the 5-3-73 proceedings at meeting of Bi-Racial Committee at Shreveport, La., filed. (1 Vol.37 pagesXX)** | |
| 5-17-73 | **Letter to Clerk XXXX from counsel for plaintiff, Miss Margrett Ford, with attached suggested desegregation plan submitted by plaintiffs in response to Judge Scott's 3-20-73 Order, filed.** | O |
| 5-28-73 | Letter to Clerk from Judge ScottXX with attached petition dated 5-24-73 recéived by him from parents of students at Fairfield Elementary School, filed. | |
| 6-1-73 | Suggested Desegregation Plan (39 pages) submitted by Bi-Racial Committee appointed byJudge Scott in his 3-20-73 order; with attached Appendix-A, being History of AllSchools; and Appendix B, being Six (6) maps, filed. Copy Plan and Attachments mailed by Clerk to Judge Scott this date. No other copies thereof distributed by Clerk to parties as none for that purpose XX were furnished. Clerk verbally advised by US Attorney's Office that copies thereof were being distributed to counsel for the parties. | |
| 6-11-73 | Plaintiffs' objections to the Desegregation Plan filed by the Court Appointed Bi-Racial Citizens Committee, filed. Clerk advised by Miss Ford that copy thereof is being mailed to Judge ~~Putnam~~ Scott, XXUSAtty.,Mr.Pleasant & Mr. Beaird. (Per Tel. Slip) | O |

NSS

D. C. 110 Rev. Civil Docket Continuation

#15

| DATE 1973 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Note |
|---|---|---|
| 6-14-73 | Motion by Mrs. Fannie Adams, on behalf of her minor children, Jerry Adams, Vici Adams, and William Adams, et al for order underXXXXXXFRCP Rule 21, Xadding them as additional parties plaintiff. herein, filed. (Said document mailed by Clerk to Judge Scott for his consideration) | |
| 6-14-73 | Reporter's Transcript (1 Vol.40 pages) of the 5-17-73 proceedings of the Court Appointed Bi-Racial Committee. filed.(TMJ). | |
| 6-18-73 | Motion for an extension of time in which to file a pleading of of intervention in behalf of Caddo Teachers' Assn., with ORDER by Judge Scott, dated 6-18-73; granting said Assn. 10 days from date to file pleading of intervention, etc., filed. (NSS) c(TMJ entry) Notice given) | |
| 6-18-73 | The Clerk was instructed by Judge Scott to make the following minute entry: "The Caddo Parish School Board and the Department of Justice are allowed a delay of 15 days from date in which to file objections or comment regarding the plan proposed by the special committee on 6-1-73." (NSS) Notice of entry given. (TMJ ENTRY) | |
| 6-27-73 | Motion by Louisiana Teachers Association for leave to XXXXX file a brief amicus curiae; and order of Judge Scott signed 6-26-73 permitting mover to file such brief on or before 7-5-73, filed.(NSS) Notice of entry given by Clerk 6-27-73 by mailing copies of this entry to MissFord, & Messrs. Pleasant, US Atty. Walter, Powers, & Thornton. (ORIGINAL OF SAID DOCUMENT MAILED TO XXXXXXXXXXX JUDGE SCOTT TO PLACE IN RECORD NOW WITH HIM. | |
| 6-27-73 | Motion by Caddo Teachers XXXXXXXXXXX Assocation for XX leave to intervene as a plaintiff & brief in support thereof; with attached proposed petition of intervention, filed. (ORIGINAL of said document mailed to Judge Scott XX for his information & to Place in Record Now with him. | |
| 6-29-73 | Motion by (1)XX "FAIR", Fairness to Anderson Island Resident, (2) The Concerned Citizens Kommittee of Shreve Island & Anderson Island; and (3) Those Members of "FAIR" named in movers petition of interventionX For Leave to Intervaene Herein as a Defendant: Notiice of hearing 1thereon;Attached Brief in Support of Said Motion, with "FAIR"'s Appendix being a Proposed XXXXX Attendance Plan with attached map & overlays; filed; with attached Proposed Petition of intervention. Entire Original document mailed by Clerk to Judge Scott for his information & to Place in Record). | |
| 7-2-73 | Response by XXX Pltf.Intvr., U.S.ofAmerica to the Bi-Racial Committee's Plan, filed in accord with the Court's 3-20-73 order. (Original of said document mailed by Clerk to Judge Scott for his information & to Place in record.) | |
| 7-3-73 | Brief XXXX "Amicus Curiae" filed on behalf of the Louisiana Teachers' Association. (Said document mailed by Clerk to Judge XXXScott to place in record now with him.). | |
| 7-3-73 | Response by Deft. SchoolBoard to the Court's order of March 20, 1973, filed. Original of said document mailed by Clerk to Judge Scott for his information & to place in XX record now with him). | |
| 7-5-73 | Brief by plaintiff (thru Miss Ford) in support of their motion to add additional parties plaintiff, filed. (Said Document mailed to Judge Scott for his information & to place in record now with him). | |
| 7-12-73 | Motion by original plaintiff with attached affidavit of Rev. Jones in connection therewith for an order striking from this case persons named therein as counsel of record for plaintiff and substituting therefor the name Murphey W. Bell as chief counsel for plaintiff, filed. SAID DOCUMENT MAILED THIS DATE BY CLERK WITH COPY OF ENTRY TO JUDGE SCOTT FOR SUCH CONSIDERATION AS HE DEEMS PROPER. | |
| 7-16-73 | Letter to clerk from Mr. McCawley requesting that the name of William J. Guste, Jr. be placed on our docket sheet in lieu of Jack P. Gremillion and that Mr. McCawley name also be placed and that all further documents be mailed to him, as Special Counsel, Dept. of Justice, 106 Beck Bldg., Shreveport, La. 71101. | |

(OVER)

CIV 11055 NSS

#16

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 7-19-73 | Orders (3 documents) by Judge Scott (1) denying the motion by Margrett Ford to add additional party plaintiffs, reserving to plaintiffs' present counsel the right to renew said motion if he so desires, (2) denying motion by Caddo Teachers Association to intervene and the memorandum of authority filed in connection therewith is acceptable by the Court as an Amicus Curiae brief, (3) denying motion by Fair, et al to intervene and the memorandum of authority filed in connection therewith is acceptable by the Court as an Amicus Curiae brief. Notice given by mailing copies as indicated in Judge Scott's letter of July 18, 1973. | |
| 7-19-73 | Response by Margrett Ford to motion to enroll substitute counsel, filed. | |
| 7-20-73 | Pltfs. motion to strike objections previously filed herein & response to Court appointed Citizens Committees Plan, with order thereon that the document styled Pltfs. objections to be the Court Appointed Citizens Committee Desegration Plan filed herein be stricken from the record in this cause, filed. (NSS) Notice of entry given. | |
| 7-20-73 | Order that the desegration plan submitted by the Court-Appointed Citizens Committee is hereby approved and made the order of this Court. The Caddo Parish School Board, their officers, agents, employees and all persons in active concert or participation with them are hereby directed to implement this plan effective with the opening of the schools for the year 1973-1974, and further ordering that all prior orders of the Court beginning February 9, 1970 which are in conflict with this plan are revoked or amended. Those provisions of prior orders not in conflict herewith shall continue in full force and effect, with the Govt.-Intervenor having no objection thereto, filed. (NSS) Notice of entry given. | |
| 7-24-73 | Clerk this date advised by Mr. Stokes, Judge Scott's ~~HX~~ Law Clerk, that Judge Scott on 7-13-73 signed the proposed order mentioned in the 7-12-73 docket entry. | |
| 7-25-73 | Notice byCaddo Teacher's Association of appeal from Judge Scott's order of 7-18-73 denying their motion to intervene in this suit, filed. Copies of said Notice mailed by Clerk 7-25-73 to Messrs. Bell, Pleasant, ~~a~~Walter, Pugh, & Clerk of Court of Appeals. | |
| 8-1-73 | Bond for Costs on Appeal in sum of $250 - Gertrude B.Mottet, Surety; filed on behalf of Caddo Teachers' Association. | |
| ~~XX~~8-3-73 | Designation of contents of record on appeal filed on behalf of Caddo Teacher's Assn. | |
| 8-3-73 | Notice of Appeal by "Fair", from the order filed July 19, 1973, denying their right to intervene, filed. Certified copy of said notice of appeal mailed this date to clerk of the court of appeals and Messrs. Stone, Bell, Johnston, Guste, Walter & A. Mills McCawley. | |
| 8-8-73 | Bond for ~~XXX~~ Costs on Appeal in sum of $250 (CASH RECEIVED from Pugh &Nelson) filed on behalf of "Fair", et al. | |
| 8-8-73 | Designation of Contents of Record on Appeal & Statement of Issues filed on behalf of Fair, et al | |
| 8-9-73 | Motion by Caddo Teachers' Association by which, in Paragraph Two (2) thereof Mover dismisses its appeal taken in this case on 7-25-73, filed. | |

(See Next Page)

NSS CIV 11055-S

D. C. 110 Rev. Civil Docket Continuation

#17

| DATE 1973 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 8-9-73 | Clerk instructed by Judge Ben C. Dawkins,Jr. to make the following minute entry in this case: "The Motion by Caddo Teachers' Association to dismiss their appeal taken 7-25-73 is hereby granted."(BCDJR) Notice of entry given by Clerk 8-9-73 by mailing copies of this entry to Clerk US Court of Appeals, and to Messrs. Bell, XXXX Pleasant, Walter, Pugh, & Thornton. | |
| XXXXXX | | |
| 8-9-73 | Clerk instructed by Judge Ben C. Dawkins,Jr1 to make the following minute entry in this case: "The time for lodging the record on Appeal for XXXXXX "FAIR", et al according to the Singleton decision shall be calculated from the date "Fair" filed its notice of Appeal, i.e. August 3, 1973."(BCDJR) Notice of entry given by Clerk 8-9-73 by mailing copies of this entry to Clerk, US Court of Appeals, and to Messrs. Bell, Pleasant, Walter, Pugh & Thornton. | |
| 8-17-73 | Order, signed by Judge Dawkins,Jr. at request of Judge Scott on 8-17-73, pursuant to the Court's previous order dated 7-20-73, appointing the 12 members of the Citizens Advisory Committee named therein, directing the Marshal to serve a copy thereof on each member; and appointing Robert E. Piper,Jr. as temporary Chairman of said Committee & directing XXXXXXXXXXXXXXX him to call the first meeting of said XCommittee on or befor 8-23-73, filed.(BCDJR, for NSS) Certified copies of said order, with attached USM 285 Forxms directed to each of the 12 members of said Advisory Committee del'd. to Marshal for service. Copies of said order also mailed by Clerk to Messrs. Stone, Bell, Thornton, PleasantX, Guste, Pugh & del'd. to US Atty.Walter. | |
| 8-17-73 | Record on appeal consisting of entire record mailed to clerk of the Court of Appeals pursuant to Rule 10 of the Rules of Appellate Procedure. (NOTE: Prior to XX actual posting of this record on appeal in US Mails, Clerk was x instructed by Judge Ben C. Dawkins,Jr. to withhold sending this record on appeal to the Clerk of the Court of Appeals until No Later than 5:00 P.M. 8-20-73). | 4 |
| 8-20-73 | Record on Appeal mentioned preceding entry was actually mailed this date, on verbal requested of US Atty. Walter & of counsel for "FAIR". | |
| 8-23-73 | Return on summonses (11) issued 8-17-73, filed. ~~nine-ex~~ Nine executed on 8-17-73. One executed 8-18-73. One executed 8-20-73. | |
| 9-7-73 | Return on summons (1) issued 8-17-73, filed. Elijah B. Williams served 8-27-73/ | |
| 10-10-73 | Certified copy of appellants' motion (in the Court of Appeals) to augment & X supplement the record on appeal by including therein the portion of the transcript attached to said motion, filed. [handwritten above: order granting] | |
| 11-1-73 | Certified copy of Appellate Court Opinion-Order affirming the District Court Judgment entered 7-20-73 for reasons set forth therein, filed. Record on Appeal returned with said document. SUPPLEMENTAL RECORD on appeal mentioned in 10-10-73 docket entry to be returned later per Ltr. from Clerk of Court of Appeals dtd. 10-31-73. | ✓ |
| 11-12-73 | Supplemental Record on appeal mentioned in 10-10-73 docket entry returned to Clerk by Clerk of Court of Akppeals. (It appears to be Appendix A to Bi-Racial Committee's plan). | |
| 11-19-73 | Motion by Jerry Adams, etXX al (&9 others) for leave to Intervene herein as plaintiffs; and brief in support thereof, filed; with attached proposed complaint of intervenors. Said documents this date mailed by Clerk to Judge Scott for such action thereon as he deems proper in the premises, in view of the fact that this case has heretfore been assigned to him. | ✓ |
| 11-30-73 | Memorandum in opposition to application to intervene filed on behalf of Caddo Parish School Board. (Said document mailed to Judge Scott) | ✓ |
| | (handwritten) | |

N 59

#18

| DATE 1973 | PROCEEDINGS SHREVEPORT | Date Order or Judgment Noted |
|---|---|---|
| 12-20-73 | Certified copy of Order of Court of Appeal, based on the motion in that Court by the United States Pltf.-Intvr-Petitioner, to clarify that Court's opinion order of 10-31-73; which amends said order (opinion) on Page 2 & Page 6 in the manner set forth therein, filed. | |
| 2-5-874 | Order (opinion) of Judge Scott signed 2-4-74, which , for reason set forth therein, denys the application by JerryAdams, et al filed on 11-19-73 & directs entry of final judgment under Rule 54, filed. (NSS) Copies thereof mailed by Clerk 2-5-74 to Messrs. Bell, Walter, Thornton, Pugh, Huckaby, & Pleasant & Miss Ford. Record to be returned by Judge Scott later. | |
| 2-20-74 | Notice of Appeal by the 11-19-73 Applicants for Intervention, Jerry Adams, et al from Judge Scott's 2-4-74 order, filed 2-5-74, denying their application, filed. Copy of said Notice and of Clerk's Docket Sheet mailed to Clerk, US Court of Appeals. Copies of said Notice of Appeal mailed by Clerk 2-20-74 to Messrs. Walter, Bell, Pleasant, ThorntonX, & Pugh. | |
| 2XXXXX | | |
| 2-20-74 | Bond for Costs on Appeal filed on behalf of Jerry Adams, et al - PearlA.Horton, Surety. | |
| 3-7-74 | Record on Appeal consisting only of documents with check marks in right hand margin of docket sheetX beginning with document filed 3-20-73 mailed to Clerk of Court of Appeals this date. | |
| 3-21-74 | Order by Judge Dawkins in consideration of the resignation of Bishop Joseph A. Johnson, Jr., from the Citizen's Advisory Committee, accepting same and appointing Mrs. Mildred B. Pugh as a member of said committee and directing clerk to serve a copy of this order on Mrs. Mildred B. Pugh. | |
| 3-21-74 | Certified copy of Order filed this date, with U. S. Marshal's Form 285, X delivered to U. S. Marshal. | |
| 4-2-74 | Certified copy of Order of Court of Appeals granting the motions by Jerry Adams, et. al for leave to supplement the record on appeal; with attached photo copy of said motion, filed. | |
| 4-1-74 | Return on order issued 3-21-74, filed. Mildred Pugh served 3-22-74. | |
| 5-2-74 | See No. 74-405-S. (Motion & order consolidating Civ. No. 74-405 with Civ.11055Filed. (BCDJR)X | |
| 5-2-74 | Petition by US of America, (Pltf.Intvr.in Civ. No. 11055-S)For Removal & Consolidation of Suit No. 222,073 in 1st Jud.Dist.Court,Caddo Parish, Adcox vs. Caddo Parish SchoolBoard, et al; Notice of Removal; Certificate of Service; with XXXXXXXX attached State Court Papers described therein as Exhibits A & B; and ORDER OF SENIOR JUDGE BENX C. DAWKINS, Jr. thereon signed 5-2-74, which (1) Grants said petition for removal, (2) directs US Marshal to service copies of said motion, petition & order on Judge Chris Barnett & Clerk of Court Dwight D.Pyburn, (3) Vacates Judge Barnett's order setting hearing for 5-9-74 in said state court Suit; and (4) consolidates said case with Civ. No. 11055-S, Jones, et al vs. Caddo Parish School Board, et al.(BCDJR) Notice of entry given by Clerk 5-2-74 by mailing copies of this entry to Messrs. Walter, KBell, Pleasant, Greenberg, Huckaby, & Pugh. | ✓ |
| 5-2-74 | Two (2) Certified copies of US of America's Petition for Removal, Motion & Order with attached USM 285 Forms del'd. to Marshal for Service on Judge Barnett & Mr. Pyburn. | |
| 5-7-74 | Motion by USofAmerica-Pltf.Intvr. to dissolve the State Court Restraining Order issued 4-30-74 in Suit No. 222,073, 1st Jud.Dist.Court & order of Judge Scott signed 5-6-74 GRANTING said motion, filed.(NSS) Notice of entry given by Clerk 5-8-74 by mailing copies of this entry to Messrs.Bell,Pleasant,Greenberg,Huckaby & Pugh. | ✓ |
| 5-7-74 | See No. XXXXXX 74-405. (Motion &Order dismissing Advisory Committee & ItsMembers, filed.) | |

(See Next Page)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1974 | SHREVEPORT | |
| 5-9-74 | Motion by Billy Joe Adcock to remand to the First Judicial District Court, that Court Suit No. 22-073 and certificate of service filed; with attached proposed order thereon, filed. | |
| 5-9-74 | Mr. Robert G. Pugh & Mr. Robert H. Shemwell, Asst. U. S. Attorney, advised the Clerk that Judge Ben C. Dawkins, Jr. had instructed the Clerk ~~that~~ to make the following minute entry in Civil Nos. 11055-S and 74-405-S: "I hereby recuse myself from consideration of the issue of whether the order of removal and consolidation of the issue of whether the order of removal and consolidation in | |
| * | these matters was improvidently signed on May 2, 1974." (BCDJR) Notice of entry not given by clerk as counsel for each side were the ones who dictated this minute entry to the Clerk. | |
| 5-10-74 | Motion by Plaintiff to strike the May 6, 1974 order dismissing certain defendants, filed. (TMJ ENTRY) | |
| 5-13-74 | Order by Judge Scott, denying Plaintiffs' motion to remand, filed. (NSS) (TMJ ENTRY) ~~Notice of entry given by mailing a copy of the order to Messrs. Pugh, Walter, Shemwell & Pleasant.~~ | |
| 5-13-74 | Order by Judge Scott ordering plaintiff to show cause at 10:00 A. M. on May 17, 1974, at the Federal Courthouse in Shreveport why the motion to dismiss as to certain defendants, should not be granted, and authorizing the U. S. Atty. to represent the defendants at the hearing, filed. (NSS) ~~(TMJ ENTRY) Notice of entry given by mailing a copy of the order to Messrs. Pugh, Walter, Shemwell & Pleasant.~~ | |
| 5-10-74 | (Alex Minutes) This case & No. 74-405 came on for hearing in the Court's chambers on motion by Billy Joe Adcox to remand these actions back to State Court; submitted, argued, and taken under advisement. It was stated by the Court that the matter of whether or not the plaintiff is entitled to a hearing under the all writs statute will be decided by the Kourt in the near future. Further stated by theCourt that Mr. Adcox's application for a temporary restraining order is not granted. It was ordered that counsel for @Adcox submit to the Court proposed orders recalling the previous rulings on the motion to dismiss and motion to dissolve. It was ordered that the date of Friday, May 17, 1974 at 10 AM in Shreveport, La. be set as a time for the Court to hear additional matters that may arise in these cases. (NSS) | |
| 5-13-74 | ~~Return on summonses (2) issued 5-2-74, filed. Dwight Pyburn served 5-2-74. Judge Chris Barnett served 5-3-74.~~ | |
| 5=17-74 | See No. 74-405. Hesaring had. | |
| 5-30-74 | See No. 74-405. aMotion by School Board & Members for summary judgment filed. | |
| 6-26-74 | **SeepNo. 74-405-S. Supplemental motion by School Board for s.j., filed** | d |
| 9-3-74 | Letter dated 8-30-74 from Clerk of Court of Appeals, with attached certified copy of opinion order of that Court issued as & for the mandate of the Court vacating the District Court's Judgment (order) of 2-5-74 & remanding case to District Court for evidentiary hearing on the 11-19-73 motion by Jerry Adams, et al for leave to intervene as party plaintiffs, filed. Record on Appeal & Supplemental record on appeal returned by Clerk of that Court. | |
| 9-17-74 | Letter from Clerk of Court of Appeals with attached XXXXX copy of Bill of Costs, in sum of $211 approved by that Clerk which counsel for Jerry Adams, et al requested that Clerk to Tax, filed. | |
| *1-21-75 | Order of Judge Scott, submitted by US Attorney (1) accepting resignations of Rev. Abraham E.Davis & Robert Piper from Citizens Advisory Committee, appoingting Fulton Dixon,Jr. & Leonard C.Barnes, as members of said Committee & directing Marshal to serve copies of this order on Messrs. Dixon & Barnes, filed. (NSS) Certified copies of said order with attached USM 285 Form del'd. to Marshal for service on Mr. Dixon &X Mr. Barnes. | |

(OVER)

CIV 11055-S

#20

| DATE | SHREVEPORT PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 2-3-75 | Marshal's return on Order issued 11-21-75 filed: Fulton Dixon Jr. served 1-24-75. Leonard C. Barnes served 1-27-75. | |
| 3-26-75 | ORDER by Judge Scott accepting the resignation of James C. Gardner from the Citizens' Advisory Committee and appointing Francis C. Payne, Shreveport, La. as a member of said Committee, filed. Mr. Payne notified by certified copy of this order through the U. S. Marshal's Office. (NSS) Notice of entry given to Messrs. Walter, Pleasant & Bell on 3-27-75. (TMJ ENTRY) | |
| 4-11-75 | Order of Judge Scott, that J.Charles Crowder be appointed as member of Citizen's Advisory committee, vice Miss Alice Aiken & directing that Marshal serve copy thereof on Mr. Crowder; all pursuant to this Kourt's Orders of July 20, 1973 and August 17, 1973, filed. | |
| 4-14-75 | Certified copy of 4-11-75 order with attached USM 285 Form del'd. to Marshal for service on Mr.Crowder. | |
| 4-9-75 | Marshal's return on Order issued 3-26-75 filed: Mr. Francis Payne served 3-28-75. | |
| 4-30-75 | Marshal's return on Order issued 3-26-75 filed: Charles Crowder served 4-16-75. | |
| 7-7-75 | Order of Judge Scott, submitted by US Attorney; accepting resignation of Mrs.H.A. Cory from Citizen's Advisory Committee, appoing Alvin Childs to replace her, & directing that US Marshal serve copy of this Order on Mr. Childs, filed. (NSS) | |
| 7-7-75 | Certified copy of 7-7-75 order with attached USM 285 Form directed to Mr.Childs issued & del'd. to Marshal for service on Mr. Childs. | |
| 7-14-75 | Marshal's return on Order issued 7-7-75 filed: Caddo Parish SchoolBd. served 7-9-75. | |
| 7-21-76 | Report by the Citizens Advisory Committee concerning the last three years under the Consent Decree to Judge Scott, filed. | |
| 8-17-76 | Report (12 Pages) TO Judge Scott by Caddo Parish School Board of steps taken to comply with the 7-19-73 Consent Decree; with attached Exhibits 1-4, Incl. described in said report, filed. | |
| 8-26-76 | Order of Judge Scott appointing Magistrate Barton as Special Master herein for specific purpose of investigating, examining & producing evidence to enable the Court to determine degree of conformity achieved by Deft. Board in satisfying the conditions of the plan adopted 7-20-73 & what further action, if any, remains to be accomplished, & any other matters regarding this proceeding may delegate to him for investigation; DIRECTING that Special Master shall have all powers described therein; that Special Master shall not make a report unless specifically requested to do so by the Court & he shall receive no compensation other than the compensation received by him as US Magistrate, filed.(NSS) Notice of entry given by mailing copies of said order to Messrs. Barton, Pleasant,Richardson,McCawley, Cowan, Walter, Tureaud, Owen, Rogers, Pugh, Huckaby, Stone & Thornton. (TMJ Entry) twt | ✓ |
| 9-9-76 | Motion by Deft.School Board to Declare The Caddo Parish Schools UNITARY and to dismiss all pending proceedings, which contains reasons in support thereof incorporated therein; with attachments described therein, filed, and submitted to Magistrate Barton for such action is deemed proper in the light of Judge Scott's 8-26-76 order. Counsel for Deft. Board requested to furnish Clerk with copy of this pleading so same can be sent to Judge Scott as requested by Magistrate Barton. | |
| 9-9-76 | Duplicate copy of original document mentioned in preceding entry mailed by Clerk to Judge Scott per instructions of Magistrate Barton. | |
| 10-29-76 | Notice of appearance by William Jefferson for Beryl N. Jones, filed | ✓ |
| 11-4-76 | Response by US ofAmerica to Defendant's 9-9-76 motion, filed & submitted to Magistrate Barton per the Court's 8-26-76 order. | ✓ |

(Sec next sheet)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE 21 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-10-76 | twt | XXX Brief by Deft. School Board in support of its motion to dismiss filed and del'd. by Clerk to Magistrate Barton, who in turn, mailed same 12-13-876 to Judge Scott. |
| 12-14-76 | twt | Court Reporter's transcript of Proceedings held before Magistrate Barton on Nov. 8 & 9, 1976, (2 Vols. 351 pages) with attached exhibits filed and del'd. to Magistrate Barton who in turn mailed same 12-14-76 to Judge Scott. |
| 1-10-77 | twt | Brief by plaintiffs in opposition to Defendant's motion to dismiss following hearing before Magistrate Barton on Nov. 8&9, 1976, filed. |
| 1-10-77 | twt | Brief by United States of America in opposition to Deft's. motion to dismiss following hearing before Magistrate Barton on Nov. 8&9, 1976, filed. |
| 2-18-77 | twt | **Rebuttal Brief on behalf of Caddo Parish School Board, filed.** |
| 5-16-77 | twt | Magistrate Barton this date returned to Clerk File Folder No. 4, and advised Clerk that Folder #5 had been mailed by him to Judge Scott. |
| 5-24-77 | cj | Mailed Folder #4 to NSS this date. |
| 5-25-77 | twt | Clerk this date mailed to Judge Scott at his request (Law Clerk) Large Brown Envelope containing the Bi-Racial Court Appointed Citizens Committee Suggested Plan of Desegregation & Attached Appendix A, which was filed on 6-1-73 and adopted by the Court on 7-20-73. |
| 12-30-77 | tt | OPINION OF JUDGE SCOTT on the merits in re the Deft. Board's 9-9-76 Motion for order declaring Deft. School Systems Unitary &¢ dismissing this suit, GRANTING said motion; andJUDGMENT in accord w/said opinion DECLARING Deft. System to be unitary and DISMISSING this suit fully and finally, filed. Notice of entry of Judgment given by Clerk 12-30-77 by sending copies of said Judgment to Messrs. efferson, Shaheen, Guerwin& Pleasant. (Note: Copies of decision & Judgment were mailed by Judge Scott to Attys. shown on his 12-29-77 transmittal letter) 3666 12-30-7 |
| 1-11-78 | ry | Motion by pltf.-intervenor, United States of America, to amend judgment and to amend findings with memorandum in support thereof, filed. Copy thereof mailed to Judge Scott for advice as to how this motion should be disposed of, i.e., notice or special hearing date fixed by him. |
| 1-20-78 | ry | Opposition on behalf of Caddo Parish School Board to motion of United States, to amend judgment and to amend findings and memorandum in support of opposition, filed. 71-4-76 |
| 2-3-78 | tt | CLERK THIS DATE Received from Alex. Dy. Clerk File Folder No.4 (Pleadings etc. filed 2-25-72 thru 12-20-73), including four (4) Black transcripts of Bi-Racial Committee Meetings filed 4-2-73, 4-12-73, 5-10-73, & 6-12-73, Plus a Brown Desegregation Study filed 5-17-73.) |
| 3-28-78 | tt | FILE FOLDER NO. 4 mentioned in preceding (2-3-78) docket entry and documents filed on and after Dec. 30, 1977 THIS DATE MAILED TO ALEXANDRIA DIVISION DEPUTY CLERK to put w/rest of record (Folders Nos. 1, 2, 3 & 5)now presently in his possession. |
| 7-6-78 | tt | MOTION for Partial or supplemental Relief from order of Judgment of 7-20-73 w/memorandum in support thereof incorporated therein; filed &U mailed to Judge Scott. (Not noticed for disposition under Rule 10 for same reason as set forth in 1-11-78 entry). M |
| 7-21-78 | ry | United States' response to defts.' motion for partial or supplemental relief from order or judgment of July 20, 1973, filed. (Document mailed to Judge Scott for his consideration.) |
| 9-12-78 | ry | Received this date Motion by "FAIR" for return of $250.00 cash bond for costs on appeal. (DOcument placed in Judge Scott's Order Folder for his consideration.) |
| 9-18-78 | ry | Motion & order that the Clerk return to "FAIR",et al, through its counsel of record, the $250.00 cash bond as deposited herein, filed. (NSS) |

(OVER)

CI 11055

CIVIL DOCKET CONTINUATION SHEET

PLAINTIFF | DEFENDANT | DOCKET NO. ______ | PAGE 22 OF ____ PAGES

| DATE 1979 | NR. | SHREVEPORT PROCEEDINGS |
|---|---|---|
| 8-16-79 | | ME - Judge Scott having recused himself, let this case be assigned for trial to Judge Tom Stagg. (NSS/bc) NOE 8-16-79. |
| 8-17-79 | | ME - The transfer of this matter to Judge Stagg will be effective Sept. 1, 1979. (TS/bc) NOE 8-22-79. |
| 8-17-79 | | MINUTES - Case taken under advisement on application of school board for temporary relief from compliance with the 60-40 percent ratio in hiring of teachers for the reason that too few qualified black applicants are available. (TS/bc) NOE 8-22-79. |
| 6-3-80 | | ME - that Judge Stagg will not take any official action for six months on the Government's pending motion to reconsider Judge Scott's ruling declaring the Caddo Parish School System unitary. Further, the court will not consider any major changes in the assignment of students in the Caddo Parish system for the 1980-81 school year. If the original pltfs. still have a viable interest in this case, their counsel should contact the court, in writing, within 30 days of this order. If the pltfs'. counsel does not respond, this court will consider that the pltfs. acquiesce in having their interest represented by the United States as plaintiff-intervenor. (TS/bc) NOE 6-4-80. |
| 6-16-80 | | REQUEST (Murphy Bell) for a transcript or per curiam of SC 6-2-80 - referred (as) |
| 7-18-80 | | MOTION (Caddo Parish School Board) to substitute counsel; that John R. Pleasant and the firm of Booth, Lockard, Jack, Pleasant & LeSage be removed as attorneys of record for the Caddo Parish School Board in these proceedings and that Fred H. Sutherland and the firm of Beard, Arceneaux & Sutherland be substituted therefor and order thereon allowing same. (TS/bc) NOE 7-18-80. |
| 5-7-81 | | CONSENT DECREE (Joint). (bc) NOE 5-7-81. |
| 5-7-81 | | MOTION (USA) withdrawing objection to Defendant Board's request for partial relief from Judgment of July 20, 1973, referred. (bc) |
| 5-7-81 | | ORDER granting preceding motion. (TS/bc) NOE 5-7-81. |
| 5-7-81 | | MOTION (Joint) for entry and approval of consent decree, referred. (bc) |
| 5-7-81 | | ORDER that parties, may within 10 days, file any written objections to specific terms or provisions of the Decree; If no such objections are timely filed, the Decree will be come effective on the 10th day after its entry in the record of this case. (TS/bc) NOE 5-7-81. |
| 5-8-81 | | AMENDING ORDER that the dates associated with the court's signature on the Consent Decree and the related documents be amended to reflect that the singings occurred on May 7, 1981, rather than May 6, 1981. (TS/bc) NOE 5-11-81. |
| 5-12-81 | | OBJECTION (Steve Jordan) to desegregation plan. (bc) |
| 5-15-81 | | OBJECTION (Arthur Circle Parent-Teacher Association, etc.) to consent decree. (bc) |
| 5-18-81 | | LETTER (E. Wade Lippard) to Judge Stagg in opposition to the consent decree. (bc) |
| 5-18-81 | | TELEGRAM (Atty. Frank Brown) to Judge Stagg in opposition to the consent decree. (bc) |
| 5-18-81 | | LETTER (Raymond L. Lee & Waynette S. Lee) to Judge Stagg in opposition to the consent decree. (bc) |
| 5-18-81 | | LETTER (Claiborne Fundamental School, Parents & PTA) in opposition to the consent decree. (bc) |
| 5-18-81 | | LETTER (Marvin O. Jordan) in opposition to the consent decree. (bc) |
| 5-18-81 | | LETTER (Calvin B. Lester, etc.) in opposition to the consent decree. (bc) |
| 5-18-81 | | OPPOSITION (June Phillips) to consent decree. (bc) |
| 5-18-81 | | LETTER (Eighty-First 9 ( Elementary School) in opposition to consent decree. (bc) |
| 5-15-81 | | LETTER (Claiborne Fundamental School) in opposition to consent decree. (bc) |
| 5-18-81 | | LETTER (Oak Terrace Middle School Concerned Parents) in opposition to consent decree. (bc) |
| 5-18-81 | | LETTER (Citizens of Mooretown PTA) in opposition to consent decree. (bc) |
| 5-18-81 | | LETTER (Concern Citizens for better schools, etc.) in opposition to consent decree. (bc) |
| 5-14-81 | | LETTER (Received) from PTA, Citizens & Taxpayers for better schools, etc. in opposition to Consent Decree. (Unsigned) (bc) |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. ______ PAGE 23 OF ____ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| | | SHREVEPORT |
| 5-26-81 | | REQUEST (June Phillips) to permit inspection and copying of documents. |
| 5-26-81 | | CERTIFICATE (June Phillips) of serving interrogatories to the Caddo Parish School Board. (bc) |
| 5-25-81 | | CERTIFICATE (June Phillips) os serving of 2 interrogatories to the Caddo Parish School Board. (bc) |
| 5-26-81 | | ME that the Justice Department and the School Board shall file memoranda of law by Monday, June 8, 1981, addressing the issues raised by the oppositions and the motion to intervene. (TS/bc) NOE 5-27-81. |
| 5-22-81 | | MOTION (June Phillips) to intervene with proposed petition of intervention, Noticed 5-28-81. (bc) |
| 5-27-81 | | FIRST SUPPLEMENTAL MOTION (June Phillips) to intervene, Noticed 5-28-81. (bc) |
| 5-27-81 | | PROPOSED ORDER, referred. (bc) |
| 5-27-81 | | PROPOSED ORDER, referred. (bc) |
| 5-27-81 | | PROPOSED FIRST SUPPLEMENTAL AND AMENDED PETITION, referred. (bc) |
| 6-8-81 | | RESPONSE (USA) in opposition to intervention filed by June Phillips. (bc) |
| 6-8-81 | | MEMORANDUM (Defts.) in opposition to motion for leave to intervene. (bc) |
| 6-8-81 | | RESPONSE (USA) to objections to May 7, 1981 Consent Decree. (bc) |
| 6-8-81 | | SECOND SUPPLEMENTAL MOTION TO INTERVENE (June Phillips). (bc) Noticed 6-9-81. |
| 6-8-81 | | BRIEF (June Phillips) in support of proposed intervention and objection to Consent Decree. (bc) |
| 6-8-81 | | FIRST SUPPLEMENTAL OPPOSITION (June Phillips) to Consent Decree of May 7, 1981. (bc) |
| 6-8-81 | | MEMORANDUM OF LAW & RESPONSE (Caddo Parish School Board) to objections to Consent Decree. (bc) |
| 6-17-81 | | MEMORANDUM RULING denying the motion & first & second supplemental motions to intervene. (TS/bc) NOE 6-17-81. |
| 6-17-81 | | ORDER that the motions of June Phillips to intervene in this action, both individually and on behalf of a class are denied. (TS/bc) NOE 6-17-81. |
| 7-2-81 | | MEMORANDUM RULING that the decree is found to represent a constitutional plan for the desegregation of the Caddo Parish public schools. (TS/bc) NOE 7-7-81. |
| 7-2-81 | | ORDER that the agreement between the parties concerning the provision of free transportation to all students currently enrolled at Claiborne Fundamental School and the changes in the fundamental school transportation zones, as evidenced by Appendix "A" attached to the Ruling, is incorporated into and shall be considered a part of the Consent Decree entered 5-7-81. It is further ordered that all objections to the Decree, filed on or before May 18, 1981, are overruled, except to the extent that the aforementioned agreement between the parties resolves any objections raised by the Claiborne Fundamental School objectors. (TS/bc) NOE 7-7-81. |
| 7-17-81 | | MOTION (June Phillips) for stay under Rule 8 of FRAP, referred. (bc) |
| 7-16-81 | | NOTICE OF APPEAL (June Phillips) from the order entered herein on June 17, 1981, denying her motion to intervene, as supplemented and amended, and from the order of July 2, 1981, which gave final approval to the Consent Decree filed May 7, 1981, denying the opposition of June Phillips, as supplemented, to said Consent Decree. NOE Clerk of the Court of Appeals, Judge Stagg, Bill Hogan, Thompson, Bell, Thornton, Egan, Cady, Carmouche, Guste, Cowan, Doar, Owen, Rogers, Bain, Sutherland, Pugh, Huckaby & Jefferson. $70.00 filing fee paid. |
| 7-22-81 | | ME - On July 17, 1981, June Phillips moved to stay implementaion of the Consent Decree in this case, which the court rendered executory through a ruling of July 2, 1981. This motion is utterly meritless, and is, therefore, denied. (TS/bc) NOE 7-22-81. |
| 6-15-81 | | LETTER fm P's atty. to Hon. Tom Stagg in regard to request to reply to briefs |
| 8-6-81 | | TRANSMITTED record on appeal. (over) |

Handwritten margin notations: M 6-17-81; M 6-17-81; M 6-17-81; M 7-22-81

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ____ PAGE 24 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| ~~1981~~ | | ~~SHREVEPORT~~ |
| 8-12-81 | | ORDER (Court of Appeals called-in) that appellant's motion for stay pending appeal is denied." |
| 8-14-81 | | ORDER (Court of Appeals) that appellants' motion for stay pending appeal is denied. (bc) |
| 11-20-81 | | REPORT in accord with consent decree. (bc) |
| 2-8-82 | | MOTION (Joint) to amend the consent decree of 5-7-81, referred. (bc |
| 4-14-82 | | FIRST SUPPL MOTION (Sch Bd & USA) to amend the consent decree of 5-7-81 - referred |
| 5-13-82 | | ORDER that the Consent Decree entered 5-7-81, is amended to include the modifications listed therein. (TS/bc) NOE 5-14-82. |
| 5-13-82 | | ORDER that the Consent Decree entered herein on 5-7-81, is hereby supplemented and amended to include the modifications listed therein. (TS/bc) NOE 5-20-82. |
| 10-21-82 | | LETTER (Fred H. Sutherland) to Judge Stagg & Mr. Hefferman, enclosin various reports for the school year 1982-1982. (bc) |
| 2-1-83 | | SECOND SUPPLEMENTAL MOTION (Caddo Parish School Baord & USA) to amend consent decree of May 7, 1981, referred to TS. (bc) |
| 2-14-83 | | ORDER that the Consent Decree entered on 5-7-81, is hereby amended to include the minor modification listed therein. (TS/bc) NOE 2-17-83. |
| 8-23-84 | | MANDATE & OPINION, 5th Cir. Ct.A., on rehearing en banc w/oral argument, denial of intervention by the Dist. Ct. is AFFIRMED & Appeal is DISMISSED; appellant to pay defendants the cost of appeal (ml) (Folder #8) |
| 1-16-85 | | LETTER (Fred H. Sutherland) to Judge Stagg, enclosing report for the beginning of the school year 1984-85. (bc) |
| 4-1-86 | | REPORT of the Caddo Parish School Board for the school year 1985-86. |
| 8-15-86 | | MOTION (Joint) to amend the consent decree of May 7, 1981, referred to TS. (bc) |
| 8-15-86 | | ORDER - that the Consent Decree entered in this case on 5-7-81, is hereby generally amended to include the following provision: In order to promote & assist the Caddo Parish School Board in its desegregation efforts, all students entering the C. E. Byrd High School Math/Science Magnet Component at the lowest entry level provided at such school (ninth grade) from any part of the Parish shall be immediately eligible to participate in all extracurricular activities including athletic competition. (TS/bc) NOE 8-18-86. |
| 7-23-87 | | NOTICE (Caddo Parish School Board) of Compliance with Consent Decree of May 7, 1981. (om) |
| 8-21-87 | | MOTION (Alphonse Jackson, Jr., Rev. E. Edward Jones, Rev. Joe Gant, Ardis Johnson, Jr., Diane Davis & Earnestine Coleman) to intervene & objection to motion to declare school system unitary. Noticed for 10-16-87. (bc) |
| 8-21-87 | | OBJECTIONS (NW La. Chapter American Civil Liberties Union) to determination of unitary status. (bc) |
| 8-21-87 | | MOTION (USA) for an extension of time to respond to the notice of compliance with consent decree filed by the Caddo Parish School Board on 6-23-87. (bc) |
| 8-21-87 | | M.E. - upon motion of the US, Pltf.-Intvr., it is hereby ordered that the United States be granted an extension of time until 8-28-87, within which to respond to the School Board's notice of compliance. (TS/bc) NOE 8-24-87. |
| 8-21-87 | | MOTION (June Phillips, etc.) to intervene. Noticed for 10-16-87. (bc) |
| 8-21-87 | | OBJECTION (June Phillips, etc.) to notice of compliance with Consent Decree. (bc) |
| 8-24-87 | | MOTION (NAACP & 17 others) to intervene. Noticed for 10-16-87. |
| 8-26-87 | | MOTION (Troy E. Bain) to withdraw the record, referred to TS. (bc) |
| 8-27-87 | | RE-TYPED MOTION (Alphone Jackson, Jr., Rev. E. Edward Jones, Rev. Joe Gant, Ardis Johnson, Jr., Diane Davis & Earnesting Coleman) to intervene & objection to motion to declare school system unitary, to correct typographical errors. (bc) |

(See next sheet)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | PAGE 25 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-28-87 | | BRIEF (Charles D. Jones) in support of motion to intervene by Alphone Jackson, & others & objection to school system being declared unitary. (bc) |
| 8-28-87 | | RESPOSNE (USA) to Caddo Parish School Board's notice of compliance with consent decree. (bc) |
| 8-28-87 | | MOTION (Caddo Parish School Board) for an extension of time to file appropriate briefs or responses to the 3 motions to intervene, referred to TS. (bc) |
| 8-28-87 | | MOTION (June Phillips, Ind., etc.) for hearing on motion to intervene, Noticed for 10-16-87. |
| 9-1-87 | | ORDER - upon the motion of the Caddo Parish School Board, it is ordered they they be granted an extension of time until 10-1-87, within which to file appropriate briefs or responses to the motions to intervene by June Phillips, NAACP, et al, and Alphonse Jackson, et al. (TS/bc) NOE 9-1-87. |
| 9-16-87 | | FIRST SUPPLEMENTAL MOTION TO INTERVENE & BRIEF (June Phillips). Noticed for 11-13-87. (bc) M |
| 9-17-87 | | MOTION (June Phillips) for certification of class, with brief. (bc) Noticed for 11-13-87. (bc) |
| 9-30-87 | | MOTION (Caddo Parish School Board) for an extension of time, referred to TS. (bc) |
| 10-1-87 | | ORDER - that Caddo Parish School Board is granted an extension of time until 10-6-87, within which to file appropriate briefs or responses to the motions to intervene by June Phillips, NAACP, et al, and Alphonse Jackson, et al. (JMB/bc) NOE 10-1-87. |
| 10-5-87 | | MOTION (USA) for an extension of time, referred to JMB. (bc) |
| 10-5-87 | | ME ORDER - It is hereby ordered that the United States be granted until October 13, 1987, within which to respond to the motions to intervene. (JMB/bc) NOE 10-5-87. |
| 10-1-87 | | REQUEST (June Phillips) for oral argument on first supplemental motion to intervene & motion for certification of a class, referred to TS. (bc) |
| X 10-6-87 | | MEMORANDUM (Caddo Parish School Board) in opposition to motions to intervene. (bc) |
| 10-8-87 | | MOTION (Murphy W. Bell) to withdraw as counsel of record for Pltfs., referred to TS. (bc) |
| 10-16-87 | | ORDER - that Murphy W. Bell is permitted to withdraw as counsel of record. (TS/bc) NOE 10-16-87. |
| 10-15-87 | | MOTION (June Phillips) for additional time in which to respond to briefs, referred to TS. |
| 10-20-87 | | ORDER - that this matter be assigned another motion date & that the mover is granted until 10-31-87 in which to file reply briefs to those filed by the Caddo Parish School Board & the United States. (TS/bc) NOE 10-20-87. |
| X 10-15-87 | | RESPONSE (USA) in opposition to motions to intervene. (bc) |
| 11-12-87 | | MOTION (June Phillips & Janice Daniels) for an order granting movers leave of court to file their brief entitled "Reply Brief to opposition of Caddo Parish School Board and the United States to motion to Intervene" out of time, referred to TS. (bc) |
| 11-10-87 | | SECOND SUPPLEMENTAL PETITION TO INTERVENE (Class). (bc) |
| 11-17-87 | | ORDER - that movers, June Phillips & Janice Daniels, are granted leave of court to file their reply brief to opposition of Caddo Parish School Board & the United STates to motion to intervene out of time. (TS/bc) NOE 11-18-87. |
| 7-19-88 | | ME - A SC will be held in this matter at 3:00 P. M. on Friday, 8-12-88. Counsel wishing to participate by telephone must notify the court's law clerk, Joseph Ziemianski, by Friday, 8-5-88, at 5:00 P. M. (TS/bc) NOE 7-19-88. |
| 8-10-88 | | MOTION (Troy E. Bain & Laurie W. Lyons) to enroll as co-counsel, referred to TS. (bc) |
| 8-12-88 | | ORDER - that Laurie W. Lyons is hereby ordered to enroll as co-counsel for June Phillips, petitioner in intervention in this case. (TS/bc) NOE 8-12-88. |

(OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

11,055

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. 11055<br>PAGE 26 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-16-88 | | ME; status conference held 8-12-88. The primary subjects addressed were the pending motions to intervene. For reasons orally assigned, the court rejected the argument by Caddo Parish School Board that the doctrines of res judicata & collateral estoppel preclude intervention by the June Phillips group. The court expressed concern, however, whether this group was barred from intervening by the "law of the case" doctrine. Counsel for the NAACP & for June Phillips agreed to discuss the possibility of having only one set of intervenors Counsel for NAACP & for the June Phillips group have until 8-26-88 to advise the court whether both groups will pursue their motions to intervene. If the June Phillips group pursues their motion to intervene then counsel for June Phillips, the Caddo Parish School Board & the U. S. shall file briefs addressing the issue raised by the court with regard to the law of the case doctrine. Briefs must be filed no later than 9-2-88 with a copy delivered directly to chambers at the time of filing. In the event that either the NAACP of the June Phillips group withdraws its motion to intervene, the court & all counsel are to be promptly notified. Though the court's record indicates that notice was sent to counsel for the Alphonse Jackson group, counsel for this group was absent from the status conference. Unless the court hears otherwise by 8-31-88, the motion to intervene submitted by the Alphonse Jackson group will be deemed abandoned. (TS/sjd) NOE. |
| 8-16-88 | | MINUTES: Status Conference Held-Alphonse Jackson was not represented; The Parties will be advised by M.E. Order of Judge Stagg of Briefing Requirements(TS/cm) NOE/mwc 8-16-88 |
| 8-30-88 | | MOTION (P. in Intervention, June Phillips) for order to allow Rebecca L. Hudsmith to withdraw as co-counsel, referred to TS. (bc) |
| 9-2-88 | | BRIEF OF LAW OF THE CASE DOCTRINE (June Phillips). (bc) |
| 9-9-88 | | MEMORANDUM (Caddo Parish School Board) on application of law of the case doctrine. (bc) |
| 10-21-88 | | ME - the School Board contends that the law of the case doctrine bars not only the June Phillips but all three groups. Because the Alphone Jackson group has responded neither to this court's minute entry nor a call from the court's law clerk concerning the minute entry, that motion is currently deemed abondoned Counsel for the NAACP, however, will have 15 days from receipt of this order to address the School Board's newly asserted contention. (TS;bc) NOE 11-21-88. |
| 11-23-88 | --- | MEMROANDUM (NAACP,etal) on Applicability of Doctrine of Law of Case w/Attached Affidavits(cm) |
| 12-5-88 | | MEMORANDUM (USA) on application of law of the case doctrine. (bc) |
| 05-01-89 | --- | MEMORANDUM RULING:Motions to intervene are denied, but the court upon application will permit the putative intervenors to file amicus curiae briefs in advance of the hearing on unitary status(TS/cm) NOE/cm 5-2-89 |
| 05-01-89 | ---- | ORDER: Motions to Intervene are DENIED(TS/cm) NOE 5-2-89 |
| 5/23/89 | -- | NOTICE OF APPEAL (June Phillips & Janice Daniels) from the Order denying their motion to intervene entered 5/1/89. APPEAL FEE PAID; NOE to Ct. of Appeals; Bain/Lyons; Douglas; Jones; Sutherland; Cage; Hankins; Casey; Judge Stagg; Bob Terry (bkg) |
| 5/30/89 | --- | NOTICE OF APPEAL (NAACP) from the order denying their motion to intervene entered on 5/1/89. APPEAL FEE NOT PAID; NOE to Ct. of Appeals; Casey w/fee letter/ Walters; Bain/Lyons; Douglas; Jones; Sutherland; Cage; Hankins; Judge Stagg; Bob Terry (bkg) |
| 6/1/89 | -- | APPEAL FEE PAID (Atty. Casey) NOE to Ct. of Appeals; Casey. (bkg) |
| 6/13/89 | --- | TRANSMITTED RECORD to Court of Appeals; 17 vols. record, 2 vols. transcript, 5 containers exhibits; NOE to Douglas, Jones, Sutherland, Bain, U. S. Attorney, Hankins, Casey, Lyons (all) |

(See next sheet)

CV 11,055-S

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. ____ PAGE 27 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-26-89 | -- | NOTICE OF SUBSTITUTION OF COUNSEL (NAACP) to substitute Samuel L. Walters, Assistant General Counsel for the NAACP in place of Grover Hankins, former General Counsel for the NAACP Special Contributions Fund. (bc) |
| 8-10-89 | --- | MOTION (June Phillips & Janice Daniels) to apper as amicus curiae, referred to TS. (bc) |
| 8-22-89 | ---- | ORDER that June Phillips and Janice Daniels granted leave to appear as amicus curiae, reserving rights to pursue their appeal of this Courts order of 5-1-89 (TS/cm) NOE/cm 8-28-89 |
| 9-8-89 | ----- | ME; a status conference is set for 10-23-89 @ 2:00 P. M. in the chambers of TS. The purpose of the conference is, <u>inter alia</u>, to determine an appropriate date for the hearing on unitary status. Only counsel for parties of record will be permitted to attend the status conference. Counsel are instructed to inform the court, in writing, w/in 15 days of the date of this ME of the issues that should be addressed at the conference. (RSP/sjd) NOE 9-11-89. |
| 9-18-89 | ---- | MOTION(NAACP) to appear as amicus curiare, ref. to TS(ced) (returned unsigned) |
| 9-26-89 | ---- | ME ORDER(RSP) deadline for filing the list of issues is extended until 10-10-89 (RSP/ced)NOE 9-27-89 |
| 10-4-89 | ---- | ME - The NAACP, et al has filed a motion to appear as <u>amicus curae</u> in this matter. On 5-1-89, this court denied the motions to intervene filed by June Phillips, Alphonse Jackson, Jr. and the NAACP. Through the motions were denied, the court stated that it would permit, upon application, the putative intervenors to file <u>amicus curae</u> briefs, with attachments. Because the instant motion is consistent with the court's ruling, it is hereby granted. (TS/bc) NOE 10-4-89 |
| 10/30/89 | -- | ME: status conference was held 10/23/89; Franz Marshall & Nathaniel Douglas appeared for US; Fred Sutherland appeared for Caddo Par. Sch. Bd.<br>(1) hearing will be held on Sch Bd's Notice of Compliance & request for unitary status on 4/9/90 at 9:00 a.m.<br>(2) Sch. Bd's amended Notice of Compliance must be filed within 20 days of date of this ME; if US objects, it shall file its objections as provided for in the Consent Decree;<br>(3) All discovery must be completed & motions to compel filed on or before 5:00 p.m. on 1/31/90;<br>(4) Pretrial conf. will be held in chambers on 3/9/90 at 2:30 p.m.;<br>(5) Counsel must file proposed FOF & Concl. of Law by 5:00 pm 2/26/90;<br>(6) All exhibits except maps must be placed in 3-ring binders with tabs and delivered to chambers by 5:00 p.m. on 3/2/90;<br>(7) Counsel shall exhange a set of exhibits on or before 5:00 pm 2/26/90;<br>(8) Counsel shall file list of witnesses expected to be called at hearing by 5:00 pm 2/26/90;<br>(9) Any stipulation should be filed by 5:00 p.m. 2/26/90;<br>(10) Briefs of putative intervenors who have been granted leave of court to file <u>amicus curiae</u> briefs shall be filed no later than 5:00 pm 3/16/90 (ch) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Southwood High School on 1-24-90, at 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Byrd High School on 1-25-90 @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Captain Shreve High School on 1-25-90 @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Broadmoor Middle School on 1-25-90 @ 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Caddo Parish School Board on 1-26-90 @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Ridgewood Middle School on 1-24-90, at 1:00 PM. (bc) |

(OVER)

CV 11-055-S

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. ______ PAGE 28 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Youree Drive Middle School on 1-24-90 @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Summerfield Elementary School on 1-23-90, @ 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the A.C. Steere Elementary School on 1-23-90, @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Fair Park High School on 1-23-90 @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Blanchard Elementary School on 1-22-90 @ 3:00 PM. (bc) |
| 1010-90 | --- | NOD-DT (USA) of the Principal of the Green Oaks High School on 1-22-90 @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Linear Middle School on 1-22-90 @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the J. S. Clark Middle School on 1-19-90, @ 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Oak Park Elementary School on 1-19-90, @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Cherokee Park Elementary School on 1-19-90, @ 9:00 AM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Northside Elementary School on 1-18-90, @ 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Pierre Avenue Elementary School on 1-18-90, @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Barret Elementary School on 1-18-90, @ 9:00AM (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Queensborough Elementary School on 1-17-90, @ 3:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Newton Smith Elementary School on 1-17-90, @ 1:00 PM. (bc) |
| 1-10-90 | --- | NOD-DT (USA) of the Principal of the Pine Grove Elementary School on 1-17-90 @ 9:00 AM. (bc) |
| 1-12-90 | --- | MOTION (Caddo Parish School Board) for extension of time to answer or otherwise respond to interrogatories, referred to TS. (bc) |
| 1-16-90 | --- | ORDER allowing Caddo Parish School Board until 1-29-90 w/in which to answer or otherwise respond to Pltf.-Intervenor's interrogatories. (TS/sjd) NOE. |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Broadmore Middle School on 1-25-90, at 3:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Pine Grove elementary School on 1-29-90, at 9:00 AM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Newton Smith Elementary School on 1-29-90, at 1:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Linear Middle School on 1-22-90, at 9:00 AM. (b |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Green Oaks High School on 1-22-90, at 1:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Blanchard Elementary School on 1-22-90, at 3:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Fair Park High School on 1-23-90, at 9:00 AM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the A. C. Steere Elementary School on 1-23-90, at 1:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Summerfield Elementary School on 1-23-90, at 3:00 PM. (bc) |

( See next sheet)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES, ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. _____ PAGE 29 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Youree Drive Middle School on 1-24-90, at 9:00 A. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Ridgewood Middle School on 1-24-90, at 1:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Southwood High School on 1-24-90, at 3:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the PRincipal of the Byrd High School on 1-25-90, at 9:00 A. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the/Principal of the Captain Shreve High School on 1-25-90, at 1:00 PM. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Caddo Parish School Board on 1-26-90, at 9:00 A. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Queensborough Elementary School on 1-29-90, at 3:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the B arret Elementary School on 1-30-90, at 9:00 A. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Pierre Ave. Elementary School on 1-30-90, at 1:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Northside Elementary School on 1-30-90, at 3:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Cherokee Park Elementary School on 1-31-90, at 9:00 A. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the Oakl Park Eklementary School on 1-31-90, at 1:00 P. M. (bc) |
| 1-18-90 | --- | NOD-DT (USA) of the Principal of the J. S. Clark Middle School on 1-31-90, at 3:00 P. M. (bc) |
| 1-22-90 | --- | MOTION (Caddo Parish School Board) for protective order to quash notices of deposition & deposition subpoenas w/brief. (bc) |
| 1-26-90 | --- | OPPOSITION (USA) to Ds'. motion for protective order w/ brief in support thereof. (bc) TS |
| 3-28-90 | --- | MOTION (Joint) for entry of an order granting relief set forth herein, referred to |
| 3-12-90 | --- | ME; status conference will be held in chambers on 3-16-90 @ 10:00 A. M. Counsel of record may inform the court of issues they wish to have addressed at the status conference by letter delivered to the court no later than close of business on 3-15-90. (TS/sjd) NOE. |
| 4-4-90 | --- | ORDER - that: (1) Except as specifically set forth in §7 of the Joint motion, there are no issues or disputes regarding successful compliance and full implementation of the 1981 Consent Decree; (2) The Caddo Parish School Board has complied with and fulfilled its commitments under the Decree with respect to the Mandatory Assignment Districts are are subject of Part II, Section A, paragraphs 1,2 and 3 (respectively, Existing Mandatory Student Assignments, Mandatory Student Assignment REvisions and School Closings), and Section B(3)e (Magnet Schools - Claiborne Fundamental School, Caddo Magnet High School & Caddo Career Center); (3) The Caddo Parish School Board has within the appropriate parameters met the projected enrollments for all magnet and laboratory schools covered by Part V. Sections D and E of the Consent Decree; (4) In accordance with Part V. Sections A-E of the Consent Decree: (1) The Consent Decree is terminated as to the schools N. of Caddo Lake and as to the magnet schools and laboratory schools covered by Sections D and E, Part V of t Decree, and the United States shall not be entitled to seek any further or additional remedy with respect to any of said magnet schools, laboratory schools, schools north of Caddo Lake, nor with respect to any Mandatory Assignment District set forth in Part II, Section A (Mandatory Student Assignments), or Section B(3)e (Magnet Schools - Claiborne Fundamental School, Caddo Magnet High School and the Caddo Career Center). |

(over)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE 30 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4 SB 11-4-90 | --- | Continued: (ii) There is reserved to the Caddo Parish School Board any further relief to which it may be entitled under Part V, Section B and/or any other provision of the Consent Decree. It is further ordered that: (1) The hearing in this matter currently scheduled for 4-9-90, be and the same is hereby upset and removed from the docket, to be reset by the Court on its own motion or the motion of either party; (2) The discovery requests and motions initiated by the parties to be held in abeyance until the time for settlement discussions as provided in the Joint MOtion are complete; (3) In the event the parties are unable to resolve the remaining issues in this case, there is hereby reserved to each the right to continue and complete previously initiated discovery requests and motions; (4) The parties shall keep the Court advised of the progress of the discussions and negotions and submit to the court for approval any plan that may be agreed to by the United States and the Caddo Parish School Board by 5-25-90; (5) In the event the parties are unable to reach a mutually acceptable resolution of the specific issues and concerns expressed by the United States in §7 of the Joint MOtion by 5-25-90, etc.; (6) The United States will continue to monitor the School Board's compliance with all provisions of the Decree and the School Board will continue to provide the information necessary for that monitoring. It is further ordered that nothing in this Order shall modify or change any of the provisions of the 1981 Consent Decree nor shall this Order preclude the United States from pursuing any action based upon independent constitutional or statutory violations occurring subsequent hereto. (TS/bc) NOE 4-8-90. |
| 4/25/90 | -- | MANDATE/OPINION from COA: judgment of the District Court in this cause is AFFIRMED; and the appeal is DISMISSED in accordance with the opinion of this court; plaintiffs-intervenors-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court; NOE to Judge STagg, Bob Terry; record ret'd & placed in closed files (ch) |
| 3/18/91 | --- | REPORT FOR THE YEARS 1989-90 and 1990-91. pursuant to Consent Decree. (bc) |
| 5/7/92 | --- | REPORT FOR THE SCHOOL YEAR 1991-1992, pursuant to Consent Decree. (bc) |
| 8/17/92 | --- | MOTION (Caddo Parish School Board) fir extension of time to answer, object or otherwise respond to plaintiff-intervenor's second set of interrogatories and request for production of documents to defendants, referred to TS. (bc) |
| 08/20/92 | ---- | ORDER allowing Caddo Parish School Board until 09/11/92 within which to answer, object or otherwise respond to Plaintiff-Intervenor's Second Set of Interrogatories, & up to and including 09/16/92 within which to answer, object or otherwise respond to Plaintiff-Intervenor's Request for Production of Documents. (RSP/sjd) NOE. |
| 12/8/92 | --- | LETTER from Fred H. Sutherland to Judge Stagg and Franz Marshall with attached reports submitted in accordance with the provisions of Part IV of the Consent Decree for the school year 1992-1993. (om) |
| 11/10/93 | -- | REPORT FOR THE SCHOOL YEAR 1993-1994 pursuant to Consent Decree (cag) |
| 10/19/94 | --- | REPORT FOR THE SCHOOL YEAR 1994-1995 pursuant to Consent Decree (sm) |
| 11-01-95 | --- | REPORT FOR THE SCHOOL YEAR 1995-1996 pursuant to Consent Decree (sm) |
| 10-16-96 | --- | REPORT for the School year 1996-97 pursuant to Consent Decree (sm) |
| 11-25-97 | --- | REPORT for the School Year 1997-98 pursuant to Consent Decree (sm) |
| 12-09-98 | --- | REPORT for the School Year 1998-99 pursuant to Consent Decree (dm) |
| 10/07/99 | -- | Exhibit 3 Transportation Zones Magnet maps moved from the SEaled Exhibit room to the storage room downstairs. (nl) (See Next Sheet) |

11,055

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| BERYL N. JONES ET AL | CADDO PARISH SCHOOL BOARD, ET AL | DOCKET NO. ______ PAGE 36 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/26/99 | -- | REPORT FOR THE SCHOOL YEAR 1999-2000 pursuant to Consent Decree. (om) |
| 11/29/99 | -- | MEMORANDUM referring this matter to Judge Little for judge reassignment, Judge Stagg having recused himself. (om) |
| 03/29/00 | -- | ORDER reassigning this case from Senior Judge Tom Stagg to Chief Judge F. A. Little. (FAL/dm) NOE. |
| 11/08/00 | -- | REPORT FOR THE SCHOOL YEAR 2000-2001 pursuant to Consent Decree (dm). |
| 07/03/01 | -- | MOTION by James Pannell, Abon Ball, Jacqulyn Ball and Annie Bryant to Intervene with brief and proposed Order and proposed Complaint in Intervention referred to Chief Judge F A Little (dm) |
| 07/05/01 | -- | ORDER setting motion to intervene by James Pannell on motion calendar (signed by Chief Judge F A Little. NOE by dm. (dm) |
| 07/09/01 | -- | NOTICE OF SETTING motion to intervene by James Pannell on 08/20/01 before Judge F A Little, Jr. NOE by dm. (dm) |
| 07/13/01 | -- | MOTION by Caddo Parish School Board for Extension of Time to File Response and Brief to Motion to Intervene referred to Chief Judge F A Little (dm) |
| 07/03/01 | -- | RECORD LOCATION FLAG TO ALEX for Volumes 27 and 28 only. |
| 07/16/01 | -- | MEMORANDUM IN OPPOSITION to Motion to Intervene filed by United States (dm) |
| 07/16/01 | -- | ORDER granting extension of time until 7/25/01 for Caddo Parish School Board to file brief and response to motion to intervene (signed by Chief Judge F A Little, Jr). NOE by dm. (dm) |
| 07/25/01 | -- | MEMORANDUM IN OPPOSITION by Caddo Parish School Board to Motion to Intervene (dm) |
| 09/26/01 | -- | RULING denying Motion to Intervene by James Pannel, et al (signed by Chief Judge F A Little). NOE by dm. (dm) |
| 05/03/02 | -- | RECORD LOCATION FLAG TO S'PORT; Vols. 27 & 28 returned to Shreveport. (nl) |
| 11/12/02 | -- | MOTION by Caddo Parish School Board for Reginald W Abrams to enroll as co-counsel with proposed Order referred to Judge F. A. Little (dm) |
| 11/15/02 | -- | ORDER granting motion for Reginald W Abrams to enroll as co-counsel for the Caddo Parish School Board (signed by Chief Judge F A Little Jr). NOE by dm. (dm) |
| 01/10/03 | -- | REPORT FOR THE SCHOOL YEAR 2001-2002 and 2002-2003 pursuant to Consent Decree. (dm) |
| 10/29/03 | --- | Joint Stipulation and Motion for Entry of Order referred to Judge F A Little (db) |
| 11/3/03 | --- | ORDER: Considering the Joint Stipulation and Motion of the Caddo Parish School Board and the U.S.A. ORDERED that the 1981 Consent Decree entered in this case does not prevent and will not prohibit the Caddo Parish School District from offering to parents of students enrolled in public schools identified for school improvement by the Federal No Child Left Behind (NCLB) a school choice assignment plan consistent with the provisions of the NCLB and implementation provisions of state law. NOE by: db |
| 12/27/04 | -- | REPORT FOR THE SCHOOL YEARS 2003-2004 and 2004-2005 pursuant to Consent Decree.(db) |
| 1/6/05 | -- | Letter from Fred Sutherland enclsoing additional documents re report filed on 12/27/2004 |
| 9/20/06 | --- | ***ALL FUTURE ENTRIES IN CM/ECF*** 65-11055 |