**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| BERYL N. JONES, ET AL. | CIVIL ACTION NO. 65-11055 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CADDO PARISH SCHOOL BOARD, ET AL. | MAGISTRATE JUDGE HORNSBY |

# ORDER

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion to Strike Stipulation of Dismissal and Grant Movants' Pending Motion to Intervene, Record Document 30, is **DENIED**.

**IT IS FURTHER ORDERED** that the previously issued order, Record Document 25, setting the motion to intervene for hearing on October 27, 2026 is **VACATED**.

**IT IS FURTHER ORDERED** that all other motions for relief are **DENIED** as moot, and **THE CLERK IS INSTRUCTED** to **CLOSE** this civil action.

**DONE AND SIGNED** at Shreveport, Louisiana, this 14th day of September, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE